**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

BETTY JANE AYERS
162 WADE LANE
OAK RIDGE, TN 37830
865-456-7711

VS.

CIVIL ACTION NO.

ROBERT M. 'MONTY' WILKINSON
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001;

Case: 1:21–cv–00551
Assigned To : Jackson, Amy Berman
Assign. Date : 3/1/2021
Description: Pro Se Gen. Civ. (F-DECK)

JOHN GLOVER ROBERTS, JR.,
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543;

JOSEPH ROBINETTE BIDEN, JR
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

KAMALA DEVI HARRIS
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

NANCY PATRICIA PELOSI
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

CONGRESSMEN/WOMEN ADAMS AGUILAR ALLRED AMODEI ARMSTRONG AUCHINCLOSS AXNE
BACON BALDERSON BARR BARRAGA´N BASS BEATTY BENTZ, BERA BEYER BISHOP (GA) BLUMENAUER
BLUNT ROCHESTER BONAMICI BOURDEAUX BOWMAN BOYLE, BRENDAN F. BROWN BROWNLEY
BUCHANAN BUCSHON BUSH BUSTOS BUTTERFIELD CARBAJAL CA´ RDENAS CARSON CARTWRIGHT
CASE CASTEN CASTOR (FL) CASTRO (TX) CHABOT CHENEY CHU CICILLINE CLARK (MA) CLARKE (NY)
CLEAVER CLYBURN COHEN COMER CONNOLLY COOPER CORREA COSTA COURTNEY CRAIG CRENSHAW
CRIST CROW CUELLAR CURTIS DAVIDS (KS) DAVIS, DANNY K. DAVIS, RODNEY DEAN DEFAZIO DEGETTE
DELAURO DELBENE DELGADO DEMINGS DESAULNIER DEUTCH DINGELL DOGGETT DOYLE, MICHAEL F.
EMMER ESCOBAR ESHOO ESPAILLAT EVANS FEENSTRA FERGUSON FITZPATRICK FLETCHER
FORTENBERRY FOSTER FOXX FRANKEL, LOIS FUDGE GALLAGHER GALLEGO GARAMENDI GARBARINO
GARCI´A (IL) GARCIA (TX) GOLDEN GOMEZ GONZALES, TONY GONZALEZ (OH) GONZALEZ, VICENTE
GOTTHEIMER GRAVES (LA) GREEN, AL (TX) GRIJALVA GROTHMAN GUTHRIE HAALAND HARDER (CA)
HAYES HERRERA BEUTLER HIGGINS (NY) HILL HIMES HINSON HOLLINGSWORTH HORSFORD
HOULAHAN HOYER HUFFMAN HUIZENGA JACKSON LEE JACOBS (CA) JAYAPAL JEFFRIES JOHNSON (GA)

1



JOHNSON (SD) JOHNSON (TX) JONES KAHELE KAPTUR KATKO KEATING KELLER KELLY (IL) KHANNA
KILDEE KILMER KIM (CA) KIM (NJ) KIND KINZINGER KIRKPATRICK KRISHNAMOORTHI KUSTOFF KUSTER
LAHOOD LAMB LANGEVIN LARSEN LATURNER (WA) LARSON (CT) LATTA LAWRENCE LAWSON (FL) LEE
(CA) LEE (NV) LEGER FERNANDEZ LEVIN (CA) LEVIN (MI) LIEU LOFGREN LOWENTHAL LURIA LYNCH
MACE MALINOWSKI MALONEY, CAROLYN B. MALONEY, SEAN MANNING MASSIE MATSUI MCBATH
MCCAUL MCCLINTOCK MCCOLLUM MCEACHIN MCGOVERN MCHENRY MCKINLEY MCNERNEY MEEKS
MEUSER MEIJER MENG MFUME MILLER-MEEKS MOOLENAAR MOONEY MOORE (UT) MOORE (WI)
MORELLE MOULTON MRVAN MURPHY (FL) MURPHY (NC) NADLER NAPOLITANO NEAL NEGUSE
NEWHOUSE NEWMAN NORCROSS O'HALLERAN OCASIO-CORTEZ OMAR OWENS PALLONE PANETTA
PAPPAS PASCRELL PAYNE PELOSI PENCE PERLMUTTER PETERS PHILLIPS PINGREE POCAN PORTER
PRESSLEY PRICE (NC) QUIGLEY RASKIN REED RICE (NY) RICHMOND RODGERS (WA) ROSS ROY ROYBAL-
ALLARD RUIZ RUPPERSBERGER RUSH RYAN SA´NCHEZ SARBANES SCANLON SCHAKOWSKY SCHIFF
SCHNEIDER SCHRADER SCHRIER SCHWEIKERT SCOTT (VA) SCOTT, AUSTIN SEWELL SHERMAN SHERRILL
SIMPSON SIRES SLOTKIN SMITH (NJ) SMITH (WA) SMUCKER SOTO SPANBERGER SPARTZ SPEIER
STANTON STAUBER STEFANIK STEIL STEVENS STEWART STIVERS STRICKLAND SUOZZI SWALWELL
TAKANO TAYLOR THOMPSON (CA) THOMPSON (MS) THOMPSON (PA) TITUS TONKO TORRES (CA)
TORRES (NY) TRAHAN TURNER UNDERWOOD UPTON VAN DUYNE VARGAS VEASEY VELA VELA´ ZQUEZ
WAGNER WALTZ WASSERMAN SCHULTZ WATERS WATSON COLEMAN WELCH WENSTRUP
WESTERMAN WEXTON WILD WILLIAMS (GA) WILSON (FL) WITTMAN WOMACK YARMUTH YOUNG,
U.S. HOUSE OF REPRESENTATIVES, WASHINGTON, DC 20515,

SENATORS BALDWIN BARRASSO BENNET BLACKBURN BLUMENTHAL BLUNT BOOKER BOOZMAN
BRAUN BROWN BURR CANTWELL CAPITO CARDIN CARPER CASEY CASSIDY COLLINS COONS CORNYN
CORTEZ MASTO COTTON CRAMER CRAPO DAINES DUCKWORTH DURBIN ERNST FEINSTEIN FISCHER
GILLIBRAND GRAHAM GRASSLEY HAGERTY HARRIS HASSAN HEINRICH HICKENLOOPER HIRONO
HOEVEN INHOFE JOHNSON KAINE KELLY KENNEDY KING KLOBUCHAR LANKFORD LEAHY LEE LOEFFLER
LUJA´N LUMMIS MANCHIN MARKEY MCCONNELL MENENDEZ MERKLEY MORAN MURKOWSKI
MURPHY MURRAY PAUL PETERS PORTMAN REED RISCH ROMNEY ROSEN ROUNDS RUBIO SANDERS
SASSE SCHATZ SCHUMER SCOTT (FL) SCOTT (SC) SHAHEEN SHELBY SINEMA SMITH STABENOW
SULLIVAN TESTER THUNE TILLIS TOOMEY VAN HOLLEN WARNER WARREN WHITEHOUSE WICKER
WYDEN YOUNG AT RUSSELL, HART, OR DIRKSEN SENATE OFFICE BUILDINGS, WASHINGTON, DC 20510

## COMPLAINT
## ON DEMAND FOR WRIT OF QUO WARRANTO

Demandant BETTY JANE AYERS, pro se,

member in good standing of WE THE PEOPLE OF THE UNITED

STATES OF AMERICA do hereby demand, per right of redress

within the Constitution, that all individuals involved in the crimes

related herein do immediately resign and be held accountable by the military for their crimes, or be arrested by our military and held accountable for their crimes if they will not resign, and those in government seats who were elected without proper certification of voting machines must immediately resign. All elected seats left vacant will immediately be filled by We the People until new elections can be held.

## JURISDICTION

Jurisdiction of this Court to issue this writ of quo warranto is believed to be conferred under DC § 16–3501, DC § 16–3502, and DC§ 16–3503.

As former Deputy Attorney General of the United States Rod Rosenstein, who reported to the Attorney General and had responsibility to issue this under the above statutes but failed to do so, and as current Acting Attorney General Robert M. "Monty" Wilkinson has been notified by Letter of Directive four times of the entire content of this writ by Demandant (Copies of those letters Attached, Att 1 pgs 1-5) , but Mr. Wilkinson has refused to act on these matters, and as members of the Federal Bureau of Investigations have had these tapes in their possession for years but failed to act upon them,  demandant hereby petitions this

Court for leave to issue writ filed by relator with payment of sufficient surety as is provided for in these statutes.

## CONSTITUTIONAL PROVISIONS, TREATIES, STATUTES, ORDINANCES, AND REGULATIONS INVOLVED IN THIS CASE

1) Paragraph 1 of THE CONSTITUTION OF THE UNITED STATES OF AMERICA: "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

2) THE CONSTITUTION OF THE UNITED STATES OF AMERICA, Article. III. Section.1. "The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office."

3) Amendment I to the CONSTITUTION OF THE UNITED STATES OF AMERICA: "Congress shall make no law respecting an

establishment of religion, or prohibiting the free exercise thereof;

or abridging the freedom of speech, or of the press, or the right of

the people peaceably to assemble, *and to petition the*

*Government for a redress of grievances."*

4) Amendment IX to the CONSTITUTION OF THE UNITED STATES OF AMERICA:

"The enumeration in the Constitution, of certain rights, shall not be

construed to deny or disparage others retained by the people."

5) 18 U.S. Code § 2381 "Whoever, owing allegiance to the United

States, levies war against them or adheres to their enemies,

giving them aid and comfort within the United States or

elsewhere, is guilty of treason and shall suffer death, or shall

be imprisoned not less than five years and fined under this

title but not less than $10,000; and shall be incapable of

holding any office under the United States."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title

XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

6) 18 U.S. Code § 2384 - Seditious conspiracy "If two or more persons in

any State or Territory, or in any place subject to the jurisdiction

of the United States, conspire to overthrow, put down, or to

destroy by force the Government of the United States, or to levy

war against them, or to oppose by force the authority thereof,

or by force to prevent, hinder, or delay the execution of any law

of the United States, or by force to seize, take, or possess any

property of the United States contrary to the authority thereof,

they shall each be fined under this title or imprisoned not more

than twenty years, or both."

## STATEMENT OF THE CASE

The man in this video[1]identified as " JohnHereToHelp "(JHTH) gives testimony of heinous

crimes and criminal actions that Chief Justice John Glover Roberts, former VP Michael Richard

Pence, former Deputy AG Rod Jay Rosenstein and others have either participated in, helped

plan, or knew about, yet continued in and or failed to report; acts JHTH relates to  have been

irrefutably documented, as they were captured on video and in audio tapes, and JHTH discloses

the appalling location these videos have lain unreported,  safely hidden from prosecution:

within  the offices of those in our Government who are tasked with gathering and turning over

evidence for prosecution of such heinous crimes --our own FBI and Deputy Attorney General.

JHTH relates that these tapes reveal acts of the most horrific kind, involving repeated rape of

the innocent, defenseless babies John Roberts adopted with the aid of the (now infamous)

Jeffrey Epstein, and that John Roberts continued to allow the rapes and filming of these young

children as they grew, videos of these actions having been made for purposes of blackmail.

---

[1] Transcript of video and video is here: BOMBSHELL INTERVIEW! THE PLOT TO MURDER
JUSTICES OF THE U.S. SUPREME COURT | SOTN: Alternative News, Analysis & Commentary
(stateofthenation.co) but a copy of the written transcript is included herein (Attachment II pgs
1-6) for convenience of the Court. Video of this testimony is additionally available on Attorney
Lin Wood's Telegram channel here: https://t.me/linwoodspeakstruth -click the "video" tab-
there are at least nine video clips from this witness relating what has gone on, with testimony
of where the video and audio evidence for these crimes is being held.

JHTH indicates there are audio tapes revealing Chief Justice John Roberts' participation in the plotting of murder(s) of fellow judges and Justices of the Supreme Court, and others.

There is assuredly not one citizen in good standing in the United States of America who would fail to classify the actions in these tapes as bad behavior, and a wrongful exercise of power.  It is incomprehensible that anyone could participate in these things, and that our own FBI and Deputy Attorney General would sit on these tapes, refuse for YEARS to prosecute and thus aid in blackmail and the continuance of these crimes.  If these tapes show these things, then Chief Justice John Roberts is wrongfully exercising his power in being a judge, and all others appearing in these tapes, involved in the making of and subsequent hiding of these tapes have wrongfully exercised their powers, and We the People Demand he and all others implicated by these tapes must immediately resign and face prosecution under the full extent of our laws.

### REASONS FOR GRANTING THE DEMAND OF WRIT OF QUO WARRANTO

1) When wrongful exercise of power and widespread failure to prosecute is present, this type of redress is specifically called for by We the People within the first paragraph of The Constitution of The United States of America and is reaffirmed in the First Amendment (in numbers 3 & 4 below.)  It is without a doubt declared first and foremost that WE THE PEOPLE are to move, to form, to establish, to *insure domestic Tranquility,*-i.e to **provide**- for the correction of wrong right here in These United States, to provide for the common defence of us all from enemies

foreign or domestic, and to promote the general Welfare of all of us—
and this includes action against a branch of wrong within our own
Government:

> "We the People of the United States, in order to form a more
>
> perfect Union, establish Justice, insure domestic Tranquility,
>
> provide for the common defence, promote the general Welfare,
>
> and secure the Blessings of Liberty to ourselves and our
>
> Posterity . . ."

The first paragraph of the Constitution establishes and sets these forth rights for
We the People to perform over, above, and before all three branches of our
government. There is a *period* at the end of this paragraph, and then the
enumerations begin. This period is intentional, and it, along with the beginning
of the enumerations immediately after the period establish and make it clear
that every duty before this period belongs to We the People. The powers for the
accomplishment of the things listed within this first paragraph is to lie *only* with
We the People. It is We who are to insure and perform all these things. It is
here sovereignly declared as our right first, and our duty to ensure these things.
Because our Justice system has so grievously failed in its job, We the People now
take these steps to insure that no man or woman, including but not limited to
those tasked with the oversight of, legislation of, and carriage of Justice, has the
right to rape and abuse any other, most especially an innocent and defenseless

baby or child, and no man or woman has the right to harm another or plot to perform harm to another, to blackmail, or murder another, and no man or woman employed within the three branches of our government has the right to take part in such crimes or to withhold evidence of such crimes and to fail to report and prosecute such crimes. Participation in, intentional withholdings of evidence of, and failures to report such atrocities would constitute willing, knowing, and joint malicious acts if committed by the individuals named herein and reported to be shown within the referenced tapes. This would represent a grievous, repeated failure of and miscarriage of Justice by those we have entrusted to carry out Justice, and We the People now assert *our* right to demand this Court Order that our military immediately procure and view these tapes, and if JHTH's report is true, then the resignation of and prosecution of the individuals within the branches of our government who have participated in planning and/or taping of these crimes, withholding evidence of such, or who committed these crimes. We do so, as it is not only our right, but our responsibility as set forth in this first paragraph of the Constitution: "We the People . . .establish Justice, insure Domestic Tranquility, and promote the general welfare." This is a timeless, unending charge to and for all of We the People, and most assuredly this charge includes promoting the general welfare of our innocent, defenseless babies and children.

2) Article. III. Section.1. of our Constitution in part states "Judges, both of the supreme and inferior Courts, shall hold their offices during good

Behaviour, and shall, at stated Times, receive for their Services, a

Compensation, which shall not be diminished during their Continuance in

Office."

It is understood the inverse would be true: that they should *not* hold their

offices and *not* be paid when engaged in "bad" Behaviour.  The acts

described by witness JHTH in the transcripts and videos referenced and

linked herein would undoubtedly constitute "bad" Behaviour according to

any member in good standing of We The People and would qualify as "bad"

Behaviour under the codes of conduct belonging to any member of our legal

branch system, executive branch system, or judicial branch system. We

demand our Military be immediately ordered to procure these tapes, and if

these accusations are true,  we demand the immediate  resignation of every

person involved in these heinous crimes, and We The People demand they

be prosecuted for these crimes *by our military*, to the fullest extent of our

laws, as it is clear our regular justice system has massively failed.

3)  Amendment I to the CONSTITUTION OF THE UNITED STATES OF AMERICA

gives full and uninhibited power to We the People to petition the

Government for  redress – "remedy or set right" of grievances:

"Congress shall make no law respecting an establishment of

religion, or prohibiting the free exercise thereof; or abridging the

freedom of speech, or of the press, or the right of the people

peaceably to assemble, *and to petition the Government for a redress of grievances.*"

As such, neither this Court nor any other member of our Government has a right to refuse We the People in our demands for release of these tapes and to demand the resignation and prosecution of every involved person for such heinous crimes if our military finds these accusations are true. As Congress has been forbidden by our Constitution to make any law prohibiting the right of We the People to petition the Government for a redress of grievances, there is by way of inference no legal need for any other case law to be cited herein to convince this Court that We the People are to be heard and our immediate call for remedy to be effected.  Our Constitution is Supreme and in and of itself affirms our right to this redress and correction of those within our Government.

4) The right of Quo Warranto for We the People has wrongly been suppressed at the federal level in the United States and disapproved of at the state level, but nonetheless, still remains firmly the right of We the People under the Ninth Amendment, which was understood and presumed by the Founders, and which affords the only judicial remedy We the People have for violations of our Constitution by public officials and agents. The Ninth Amendment of the Constitution of the United States of America affirms the aforementioned points, that no power enumerated throughout the whole of our Constitution to any branch of our Government shall be construed to deny or disparage others retained

11

by the People, as in this Demand. Demandant, a member of We the People hereby retains our U.S. Military, who is/are sworn to uphold our Constitution, to handle this matter.

**Amendment IX**

*"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."*

5) 18 U.S. Code § 2381 – Treason  "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

**GROUNDS FOR DEMAND FOR IMMEDIATE RELEASE OF TAPES, RESIGNATIONS, PROSECUTIONS, AND HEARING IF THOSE IMPLICATED DO NOT RESIGN**

Because this pro se Demandant and most of We the People is and are not an attorney(s), Demandant asserts this writ shall not be set aside for mistakes in form, citation of law, or submission, or for any other reason, but instead shall be based solely upon the merits of the

evidence within the evidenced referenced below, and in the referenced tapes of crimes committed-- crimes which are a violation of the Judges' and others within our Government's Codes of Conduct, US Law, and our Constitution.

It is clear our founding framers, having been in the midst of great tyranny, knew the likelihood was great the day could once more arrive when tyranny would again uncomfortably root itself amongst We The People, so they penned a perfect mechanism We The People could and should use to save ourselves from oppression. That dreaded day has undoubtedly arrived, and We the People now reclaim and collectively and assertively use our Constitutionally granted sovereign Power to rid ourselves of this oppression:

1) The first paragraph of our Constitution, establishes *all* power comes from us, "We The People." In short, it is We the People who rule here in The United States of America. We as a people for a while have forgotten, or perhaps not even known this, but we now know, and we now rise up and reaffirm it is our *right* to demand these things in the face of this *massive* failure to act and deliver justice within all branches of our government. Our right was so written and ordained at the very beginning of our Constitution -*above* and *before* All legislative Powers, all Executive Powers and all Judicial Powers, that the powers of Justice, insurance of peace, powers of defence, ensurance of our general Welfare, securing Liberty to ourselves and our future generations- all this power first and foremost belongs to *us*--We The People. Here it is in full, again- *may we never again forget or delay so long in using this:*

> "We the People of the United States, in Order to form a more perfect Union,
> establish Justice, insure domestic Tranquility, provide for the common defence,
> promote the general Welfare, and secure the Blessings of Liberty to ourselves
> and our Posterity, do ordain and establish this Constitution for the United States
> of America."

2)  That it is the right of We the People to make corrections to our three branches of
    government is again affirmed, if anyone doubts the above first sovereign grant of these
    powers:  Amendment I to the CONSTITUTION OF THE UNITED STATES OF AMERICA,
    gives full and uninhibited power to We the People to petition the Government for
    redress – "to remedy or set right" our grievances:

> "Congress shall make no law  . . .prohibiting the free exercise thereof;
> or abridging the freedom of speech,  . . .or the right of the people  . . . *to*
> *petition the Government for a redress of grievances*."

3)  And finally, **Amendment IX** affirms the above, that no other power
    enumerated in the Constitution can deny or disparage others retained by
    the People- and Demandant, member of We the People, now calls our
    U.S. Military, who are sworn to defend our Constitution, to our aid:

> "*The enumeration in the Constitution of certain rights shall not be*
> *construed to deny or disparage others retained by the people.*"

## DEMANDS

1) **Per our rights in the Constitution, We the People now Demand and call our U.S. Military to fully and completely act on the entirety of the matters herein to the best of their knowledge, expertise, and ability:** As all three branches of our government are compromised and have failed to act when they had a duty to act, this Court must immediately order our United States Military to defend the whole of our Country and our Constitution and act on all information provided by JHTH and other evidence provided herein, obtain all referenced tapes and if they contain what they are purported to contain, immediately upload and post all of them in their entirety at the top of the FBI's front page of their web site for public viewing and hearing by We the People, and We demand possession of the original tapes and original copies made by Shawn Henry and given to our FBI, and or Deputy Attorney General/Attorney General and/or others be immediately given for verification to one group comprised of but not limited Tore Maras, Millie Weaver, Patrick Bergy, and Ron Watkins if each is willing and they may call upon experts as they see fit- this group is  on behalf of Demandant for We the People,  and the other original copies JHTH indicated were made must go to Attorneys Lin Wood and Sidney Powell, to be verified and unlocked by each group of them with the

referenced key which Lin Wood has published but the others may

already have.  These groups, along with the military are to make

sure these are the original tapes, that these are all of them,  and

that they match those which we have now Demanded our military

immediately upload and publish and make immediately available

for viewing on our Government's FBI web site to be viewed without

restriction by any member of We The People who so chooses and

wishes to view them, so our Military and We The People can ensure

the immediate resignation and  prosecution of any and all

government individuals, past or present, who appear on these video

and audio tapes. We demand a full list of names and positions of all

those who helped in making these tapes and in hiding them from

prosecution be published at the top and front page of the FBI

website along with the names and positions of all those who appear

in these tapes except for the abused, whose names must be

omitted and whose faces we request be blurred.

2) **We demand our U.S. Military immediately arrest and prosecute all involved**

**parties**:  It is incomprehensible that our own former US Deputy Attorney General,

Rod Rosenstein, who served under and reported to the Attorney General, and that

our own FBI- who obtained copies of these tapes through then agent Shawn

Henry- could have been in possession of such tapes, yet chosen to suppress them,

and leave John Roberts on his bench, as well as leave everyone else on those tapes

in their positions of power.  The individuals named so far on those tapes, and any others which will be found to be on or involved in the making and hiding of these tapes, have knowingly and intentionally left We the People—some of whom were innocent babies and children--defenseless in the face of immoral beasts who repeatedly and freely abused their power, participated in heinous crimes against babies and children, participated in a plot to murder a Supreme Court Justice and to murder others who are/were agent(s) of the States.  If true, those acts arguably fulfill the very definition of treason and seditious treason, yet these persons have been free to continue in their torture and abuse of defenseless, innocent babies and children, because these tapes have been jointly hidden by those who were tasked with the duty to bring them to justice.

This Court must immediately grant the Military hearing for these Demands if the individuals shown in these videos and tapes, and who have cooperated in the making and withholding of such do not immediately resign. We again demand prosecution by our Military of all offenders to the full extent of the law.

We the People specifically demand that if Supreme Court Justice John Glover Roberts, Jr., is implicated by these tapes that he immediately resign with no further pay and no further expectation of pay in any form from the US Government.   Murder and blackmail and sexual abuse of children would be abuses of power far beyond the scope of any judge's job and would constitute grounds for immediate dismissal if he would not

resign.  If he is found within these tapes to have been aiding in the plot to kill another justice and others within our government offices, this likely fulfills the requirement for treason and we demand he be prosecuted for such. If implicated in these tapes, we the People demand he resign not only his position as Chief Justice of the Supreme Court of the United States, but from any position as a Justice in the Supreme or Federal Courts, and from any position as a judge anywhere in the United States of America, as his actions and behavior will have constituted such heinous and grievous violations of not only the Code of Conduct for a United States Judge which he swore to uphold, but also of Article III Section 1 of the Constitution of the United States of America and the aforementioned Code for Treason. These demands for resignation and prosecution extend to any and all other agents within our government, including any other Judge(s) in the Supreme or Federal Courts who have participated in the actions and behavior(s) stated herein and evidenced within the referenced video and audio tapes which are said to be in possession of the FBI, Deputy AG and others; resign now, and face prosecution by our Military if these things are true, for We the People do no longer tolerate such abhorrent  behavior in our Government.

3) **Demandant petitions this Court to order our Military:** to look through the entirety of *all* government resources, records, divisions, and agencies for ALL blackmail tapes of anyone in any government

position past or present, and not only limit this demand for

procurement to that which was reported by JHTH to have been in

the possession of Rod Rosenstein and the FBI through then-agent

Shawn Henry, but this demand is for tapes from anywhere within

the entirety of the FBI's records and/or every other branch of our

government, and is to include collection(s) of blackmail/

"insurance" sex and/or murder or "snuff" tapes – from any source,

including any private company or person that our Government or

anyone else tasked with making or holding these tapes to ensure

blackmail of those in government positions.  The entirety of these

records must be searched for tapes, and must include but not be

limited to the aforementioned as well as Anthony Weiner's laptop

and records, all of Ghislaine Maxwell's,  Jeffrey Epstein's,  Keith

Raniere's, Allison Mack's, Hunter Biden's, and Harvey Weinstein's

records, and any other case records and equipment not mentioned

herein, but which contain any kind of blackmail tapes/child sex

tapes, "snuff" tapes- any inappropriate tapes of individuals within

our government positions in any capacity in the past or present- all

of these must be posted according to this Demand.  Demand is

hereby made for our Military to follow the money trail paid to those

in governmental positions and prosecute accordingly, including

those who are and have been blackmailed. Some of them have

received money from the above-named people and more, including

from Ghislaine Maxwell, as it is believed Ms. Maxwell paid some in

government positions to target and harass certain members of We

the People here in America. Our military must arrest and prosecute

every person for whom they find evidence of guilt within the

entirety of our Governmental records, including special reports and

investigations that have been ordered but not acted upon such as

Durham and Huber, and not limit this search to the few named

herein.

4) **Demand is made for our military to confer with and obtain**

   **evidence from Attorney Rudy Giuliani and others and arrest**

   **Joseph Robinette Biden, Nancy Patricia Pelosi and Kamala Devi**

   **Harris as enemies of the States if evidence supports claims:**  Rudy

   Guiliani has published in multiple ways evidence[2] from Hunter

   Biden's laptop and other sources that show Joseph Robinette Biden

   has been and likely still is being paid by multiple foreign enemies of

   the States and as such is not eligible to be President of The United

---

[2] Here is one of many places Attorney Giulianni presented this evidence:

https://www.newsmax.com/newsmax-tv/rudy-giuliani-hunter-biden-burisma-new-york-post/2020/10/15/id/992109/?ns_mail_job=DM155345_10152020

(Included as Att III pgs 1-3 for ease of the Court)

States, and Law Enforcement Today posted evidence that Pelosi

financed an effort to oust a duly elected President of the United

States,[3]  additionally, Pelosi received the same sworn affidavit and

statement from the Italian Government that all other Congressmen

received on January 5, 2021 (attached elsewhere herein) yet still

voted to certify an electoral vote she knew for certain was

fraudulent, and she knowingly allowed a man other than the one

she knew We the People duly elected as President to become

President.  The evidence given above on Kamala Harris needs

investigated by our Military, and all guilty persons must

immediately be arrested by our military and face prosecution.[4]

5)  **Our U.S. Military must immediately arrest those who have**

**committed treason and seditious conspiracy:** The acts reported to

be on these tapes by JHTH, and within the cases listed above and

likely more, represent an act of each individual forevermore

swearing allegiance first and foremost to an entity other than The

United States of America.  Each government official willingly

participated in the act, knowing the taping of it would leave them

---

[3]https://www.lawenforcementtoday.com/revealed-pelosi-has-invested-more-than-1-million-in-crowdstrike-company-tied-into-russia-collusion-hoax/ (Included as Att IVpgs1-5 for ease of the Court)

[4] These charges Demandant added after notifying AG Monty Wilkinson, but as he did not act on other equally serious evidence of blackmail, treason, and seditious treason within our Government, Demandant had no confidence he would act on this additional evidence.

forevermore beholden to and sworn first to do the bidding of the entity in control of the tape, and that entity is most assuredly *not* The United States of America.  Each individual on these tapes has held their seat in a government position that owes allegiance first to The United States of America, but their tapes and their money trails make it clear they were and are performing their government position with interest for and allegiance first to an entity *other* than The United States of America.  This represents a gross abuse of their power at the very least, but more ominously indicates adherence and servitude to an enemy of The United States of America, which appears to satisfy the requirements for 18 U.S. Code § 2381, and that they agreed jointly to this seems to satisfy seditious conspiracy as well, 18 U.S. Code 2384.   Having adhered to an enemy of the States, they would no longer have right to hold governmental position or office, and Demand is again made that our Military gather evidence and make immediate arrests where warranted and prosecute to the fullest extent of the law. Money trails must be followed to ascertain Kamala Devi Harris' involvement in partnering with foreign enemies of the States, as well, according to this evidence reported to be found on the laptop of Hunter Biden.[5]

---

1)  [5] https://nypost.com/2020/10/22/email-sent-from-bidens-brother-to-hunter-references-harris-report/ (Included as Att V pgs 1- 3 for ease of the Court)

6) **Demandant and We the People will fill all of the empty elected seats the arrests and resignations will leave until new elections can be held, but we Demand this Court order that new Federal elections shall be supervised and carried out by the United States Military, as we have no confidence in the electronic voting machines and mail-in paper ballots.**   We once more affirm our right for the entirety of this redress is established within the Constitution and its Amendments, where it is clearly stated that no law can be made to remove this right of We the People or those retained by We the People for redress.

7) **Every member of Congress in the House and Senate who voted NOT to send the votes back to the States for re-certification on January 6, 2021 knowingly and jointly committed treason and seditious conspiracy and Demand is made for this Court to immediately order our Military to arrest and prosecute each one.**   With so many in government positions at both the state and federal levels including the highest position where  Joe Biden sits being paid by and/or having invested in companies which are an enemy of the state, or who are funding companies with foreign soldiers on American soil who are enemies of the states and/or who were and are being blackmailed by an enemy of the state, one can now see  how every member of our Congress on both the House and Senate sides could have been shown this sworn affidavit and report (Att VI pg 1 of 1 and Att VII pgs 1-6) on January 5, 2021,  but then still deliver a majority vote (Att  VIII pgs 1-7) the next

day NOT to send the fraudulently-obtained electoral votes back to the States for

re-certification. With this vote to not send an electoral vote they now knew

beyond a shadow of a doubt to have been fraudulently obtained back to the States

for re-certification, they knowingly and jointly allowed a person other than the one

We the People of the United States voted for to be declared President of the

United States, fulfilling the requirements for not only treason, but seditious

treason, and our Military must immediately arrest and prosecute each

Congressman/woman and Senator who voted 'nay,' and who are listed by name in

the seven pages of the attached Congressional Record, (Att VIII) and as

Respondants on the cover.

8) **Every federally elected official who was elected in 2017 or after with a non-
certified voting machine must immediately resign, and We the People will fill
their seat until new elections can be held:**  We the People believe our voting

machines across the country from 2017 on, with few exceptions, were not certified

according to U.S. law at this link: https://www.eac.gov/voting-equipment/voting-

system-test-laboratories-vstl- and that but for a select few, machines used in

every election from 2017 on have been illegal.  We the People demand that after

the arrests above, our Military read a proclamation to the remaining members of

Congress in both the House and the Senate, that "every remaining person elected

from 2017 on to a federal government position[6] must show proof to (insert

---

[6] These positions include the President and Vice President of the United States, Members of the
United States House of Representatives, and Members of the United States Senate.

24

designated Military Member of) our Military within 3 days that they were elected

with a machine certified according to United States laws according to these

standards: https://www.eac.gov/voting-equipment/voting-system-test-

laboratories-vstl- , if they cannot produce such documentation with 3 business

days, he/she must  immediately resign, and We the People will fill their seat until

new elections be held by our United States Military.

Though it has been refused to be heard, even more evidence of election fraud at many of

the State levels- in addition to what is given herein- has been presented to courts across the

country by thousands of Americans and has been lain out and published for We the People by

many individuals including Attorneys Sidney Powell,  Rudy Giuliani, Lin Wood, and individuals

such as Tore Maras, Millie Weaver, Mike Lindell, Patrick Byrne and others. It is clear the three

branches of our government are filled with corruption at both the State and Federal levels, and

We the People exercise our Constitutional right to redress and ask these named individuals to

work with our military to redress the totality of all this corruption.

9)  **Demand is made for this Court to notify leaders of every branch of our U.S.**
    **Military to immediately cooperate and physically procure the evidence**
    **mentioned herein and obtain any other applicable evidence from Attorneys Lin**
    **Wood, Sidney Powell and Rudy Giulianni, and from Tore Maras, Millie Weaver,**
    **Mike Lindell, Patrick Byrne (it is my belief the named attorneys will know how to**
    **get hold of the people named after the attorneys)  and from every branch of our**
    **government or a company paid with Government/tax payer funds within three**
    **business days.  Demand for hearing on this matter within five business days is**

hereby made if all implicated parties have not resigned or been arrested on the proof provided herein or that is procured by our military, or if remaining Congressmen/women have not provided proof that they were voted into their elected seat by a machine certified per U.S. Law. Report of actions taken and report of elected seat resignations is to be made daily to Demandant via email or phone by a member the Military appoints, so Demandant can notify the parties who are waiting to fill the elected seats as they are vacated.

10) After procurance and viewing of evidence, Demand is made for members of our military to then arrest and prosecute every guilty party who has refused to resign from their elected seat, and to arrest and prosecute any guilty party who has resigned or is not in an elected seat.

11) No demand for relief is made[7] other than immediate delivery of We the People by our U.S. Military from the circumstances herein and our current Tyranny and Oppression. May God bless and use our U.S. Military to swiftly and mightily restore us to our long-lost Republic, and as One Nation Under God.

12) Motion is made to redact Demandant's personal address, phone number and email from the cover and conclusion and any documents for public viewing.

---

[7] Unless an accused party should oppose Demandant and then be found guilty, and has caused Demandant more expense than at present- at that time, Demandant asks expenses be repaid to Demandant by Respondent.

## CONCLUSION

For all the reasons herein, Demand is made for all of the above, including the immediate arrests, resignations and prosecutions by our United States Military of all individuals who have committed the crimes listed herein, for the public publishing of the blackmail tapes, with names and position held as listed herein, and Demand is made for resignations of all illegally-held federally elected seats due to uncertified voter machines, and We the People will fill all the elected vacancies this will create until new elections can be held by our U.S. Military.

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830