ATT I pg 1 of 5

February 12, 2021

To The Honorable Monty Wilkinson
Acting Attorney General
Of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

From Betty Jane Ayers
969 Oak Ridge Turnpike #144
Oak Ridge, TN 37830
865 ████████████████████████████

Re: **Letter of Directive**

Dear Mr. Attorney General:

I write you with full confidence that you today will do what those in your position in the past have failed to perform: There has been a prior grievous failure to act within the Deputy Attorney General's office and the overseeing office of The Attorney General of the United States of America which I have outlined in the attached writ which I submitted over the last three days to the Court, but in its entirety and finality to The US District Court in DC yesterday.

I have attached all documentation with the outline and proof that every single member of our Congress who voted on January 6, 2021 not to send the vote back to the States for certification knowingly committed treason, yet those same members of Congress are now being allowed to stay in office and vote to impeach our 45th President.

I am writing this letter of directive that you must take immediate action and order the arrests of all those guilty of treason, and that you must act on the entirety of evidence presented and the entirety of the requested actions in these attachments.  I look forward to seeing the immediate public announcement from your office that you will act immediately to bring those who have committed treason to justice, and that you are immediately taking course of action and overseeing the carrying out of activities in my submission of all requested actions.

We the People are ready to fill all vacancies these arrests will leave, until new elections are ordered.

Demandant and Member of We the People,


Betty Jane Ayers
cc: Demandant's entire submission of yesterday to the
United States District Court, District of Columbia

February 19, 2021
To The Honorable Monty Wilkinson
Acting Attorney General
Of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Att I pg2of5

From Betty Jane Ayers
969 Oak Ridge Turnpike #144
Oak Ridge, TN 37830
~~████████~~ or ~~████████~~ or ~~████████~~

Re: **SECOND Letter of Directive regarding treason, sedition, and other grievous crimes committed**

Dear Mr. Attorney General:

It is with great and grave disappointment I see you have taken no action on my previous letter to you of February 12, 2021, which I sent via your government e-mail site. I tried to deliver a paper copy to you via courier on February 12, 2021, but he stated the building was "closed due to covid," but I also in that e-mailed letter told you you could obtain a copy of the proof of crimes with my submission at the District Court in DC if courier was unsuccessful.

I contacted your mail room and they said there is a place for couriers to bring letters, so I am sending this letter today via your email, but also via courier and am including last week's letter and attachments of proof that the courier had.

What is attached is documented proof of *KNOWING, JOINT,* and *WILLFULL* acts of election fraud, treason, sedition, the repeated taping of rape of innocent children for blackmail purposes, plotting of murders of those in government seats and more – committed by those sitting in the highest seats of our government.

I have given you the names of the attorneys that will verify the proof, and have included the actual proof- in the form of sworn affidavits, statements, and transcription of the video tapes of witness statement of crimes committed and where further proof is held, and I've included the link to where you can see the video statements for yourself. **I direct you to IMMEDIATELY take action, contact the attorneys who will give immediate verification, and order the *immediate* arrest and prosecution of all involved parties, and contact me immediately via email or phone so we the people can immediately fill the vacant elected seats these arrests will leave until new elections can be held. Every single member of Congress who voted NOT to send the vote back to the States for recertification on January 6, 2021 KNOWINGLY committed treason, and every single person elected to a government seat after 2017 is there illegally.**

*There is no excuse or reason for you to delay in this matter- the severity of crimes committed necessitate that you must act immediately.*

Our Constitution gives this right of redress to We the People, and our Constitution also makes it clear that no law can be made to prevent the right of We the People to this redress, so I am also disappointed that the District Court in DC sent my Writ of Quo Warranto of last week back to me for nonpayment of fee (instead of contacting me- I would have paid it) and because it was not typed in the proper form. It is my belief that both of those requests are against the Constitution's stipulation that no law can be made to prevent the right of the people to redress, nonetheless, I will re-type in proper form and re-submit with payment of fee if you fail to act, but I trust your immediate action upon receipt of today's letter and the enclosed proof will preclude my re-submission.

I await your phone call or email to me so We the People can begin our job- do not write to me, only call or email, as this matter necessitates immediate action.

Demandant and Member of We the People,

Betty Jane Ayers ~~████████~~ or ~~████████~~ or ~~████████~~
Enc: Demandant's submission to US District Court of DC, with attachments

Sent from protonmail with attachments 2/19/2021:



Guard and mailroom refused Carrier delivery of letter #2,
So I sent all proof to AG Wilkinson
Via secure email account

February 22, 2021

To The Honorable Monty Wilkinson
Acting Attorney General Of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

From Betty Jane Ayers
969 Oak Ridge Turnpike #144
Oak Ridge, TN 37830
████████ or ████████ or ████████

Re: **THIRD Letter of Directive regarding treason, sedition, and other grievous crimes committed**

Dear Mr. Attorney General:

It is with great and grave disappointment I see you have taken no action on my previous two letters to you of February 12, and 19, 2021, which I sent via your government e-mail site. I tried to deliver a paper copy to you via courier on February 12, and February 19, 2021, but the first day the courier stated the building was "closed due to covid," and even though I phoned the mail room and received instructions for where to tell the courier to enter the building, and what to tell the guard, the DOJ building staff refused the second delivery attempt from the courier, so I sent all attachments via your email on the 19th.

What I attached is documented proof of *KNOWING, JOINT,* and *WILLFULL* acts of election fraud, treason, sedition, the repeated taping of rape of innocent children for blackmail purposes, plotting of murders of those in government seats and more – *committed by those sitting in the highest seats of our government.*

In my second email, I gave you the names of the attorneys that will verify the proof, and included the actual proof- in the form of sworn affidavits, statements, and transcription of the video tapes of witness statement of crimes committed and locations of where further proof is held, and I included the link to where you can see the video statements for yourself. **I direct you to IMMEDIATELY take action to contact the attorneys who will give immediate verification, and order the *immediate* arrest and prosecution of all involved parties, and to contact me immediately via email or phone so we the people can immediately fill the vacant elected seats these arrests will leave until new elections can be held. I have given you proof that every single member of Congress who voted NOT to send the vote back to the States for recertification on January 6, 2021 KNOWINGLY committed treason, and every single person elected to a government seat after 2017 with a non-certified voting machine is there illegally and must immediately resign, and every single person who has participated in these blackmail tapes has sworn allegiance to an entity other than the United States, yet still sits in a U.S. government seat.**

***There is no excuse or reason for you to delay in this matter- the severity of crimes committed necessitates that you must act immediately.***

Our Constitution gives this right of redress to We the People, and our Constitution also makes it clear that no law can be made to prevent the right of We the People to this redress, so I am also disappointed that the District Court in DC sent my Writ of Quo Warranto of last week on these matters back to me for nonpayment of fee (instead of contacting me- I would have paid it) and because it was not typed in the proper form. It is my belief that both of those requests are against the Constitution's stipulation that no law can be made to prevent the right of we the people to redress, nonetheless, I will re-type in proper form and re-submit with payment of fee and name you in the suit, also if you fail to act today. I trust your **immediate action** upon receipt of today's letter will preclude my re-submission.

I await your phone call or email to me **no later than 5:00 pm today** so We the People can begin our job- do not write to me via USPS, only call or email, as this matter necessitates **immediate action.**

Demandant and Member of We the People,

Betty Jane Ayers ████████ or ████████



(2) URGENT!!!! SECOND LETTER OF DIRECTIVE REGARDING ☆
TREASON. SEDITION. AND OTHER GRIEVOUS CRIMES
COMMITTED BY MEMBERS OF OUR GOVERNMENT

Fourth    Notification

to Acting A G Wilkinson

*Att II pg 1 of 6*

**SOTN: Alternative News, Analysis & Commentary**
*Revealing the True State of the Nation*

## BOMBSHELL INTERVIEW! THE PLOT TO MURDER JUSTICES OF THE U.S. SUPREME COURT

Posted on January 20, 2021 by State of the Nation

# JOHN ROBERTS, JEFF EPSTEIN AND THE PLOT TO MURDER SCOTUS JUSTICES

Posted by Alexandra Bruce
FORBIDDEN KNOWLEDGE

At noon today, Supreme Court Chief Justice John Roberts is scheduled to swear-in Joe Biden and Kamala Harris as President and Vice President of the United States, respectively.

This video gives us some background about Chief Justice Roberts. It was posted on Telegram yesterday morning by superlawyer, Lin Wood in 8 parts, which I strung back together again, uploaded and transcribed, below.

**It's an interview with a government whistleblower known as JohnHereToHelp (JHTH), in which he describes how Chief Justice Roberts adopted his children with the help of Jeffrey Epstein and then he proceeded to use his children to sexually entrap and blackmail powerful people.**

**He says, "Children are often used as a commodity, a way to buy yourself into certain inner circles. And these people are all wealthy, they're all powerful and they won't trust you unless you're as compromised as they are.**

**"So you provide children to them. Your children, adopted children, whatever. This is how they trust you and you're as dirty as they are. You cannot be exposed, because you can't expose them, they can't expose you, if everybody's just as dirty, you know you're safe.**

**"And this is a way for them to buy your way into these inner circles, then get access to whatever. Children are the payment and the dirt and the control."**

JHTH also details how Roberts helped with some logistics in a plot to kill several Supreme Court Justices during Hillary Clinton's first term, so that she could then pack the Supreme Court with Globalists/Communists. She wasn't supposed to lose.

This FBI false flag operation was foiled when JohnHereToHelp was hired by someone at the office of the Supreme Court to infiltrate the operation. However, those trained and armed by the FBI to commit mass-murder fell back to a Plan B, to execute Justice Anton Scalia, who was Hillary's "greatest threat".

*Att II pg 2 of 6*

***

**TRANSCRIPT**

**Interviewer:** ...Epstein and Supreme Court Justice Roberts initially would have met or how that relationship would have developed?

**JHTH:** How they would have met. I think they met when he was under Bush, not too long after he was appointed, somewhere along there, just basically meeting powerful people, something like that.

[Epstein] did help him with his adopted children. From what was said there and what was discussed openly in this little dirty tricks squad, the children are not genetically related but they're raised that way, that's more valuable to them.

One, if not both were born in Wales but they were in the Epstein channels and they were easily removed from their version of foster care to Ireland, which has much more open adoption-type records.

And he facilitated this for Roberts so he could adopt them both at the same time. There was a little gap but it was just paperwork and Epstein had done that for him. So, they had met, they had worked together and he was doing favors at some point.

**Interviewer:** Was this something that Supreme Court Justice Roberts would have paid for? Or is this a favor exchange to Epstein, to link up with these children, or...?

**JHTH:** I don't know, at that point. It's possible. It could have been either one. I don't think there would have been a payment, at that point. I was for his position, there may be some type of favor. I don't know that either was done. He facilitated it. Was there a payment? Was there a favor? I can't say.

**Interviewer:** Can you go into any more details on Supreme Court Justice Roberts with these children and the circles that he ran in, as far as you're aware?

**JHTH:** Children are often used as a commodity, a way to buy yourself into certain inner circles. And these people are all wealthy, they're all powerful and they won't trust you unless you're as compromised as they are.

So you provide children to them. Your children, adopted children, whatever. This is how they trust you and you're as dirty as they are. You cannot be exposed, because you can't expose them, they can't expose you, if everybody's just as dirty, you know you're safe.

And this is a way for them to buy your way into these inner circles, then get access to whatever. Children are the payment and the dirt and the control.

**Interviewer:** Now, who else would we want to talk to or is there any additional documentation that we can pursue to solidify what you're saying here today?

**JHTH:** The FBI has copies of the videos from the FISA surveillance. It was discussed but I can't prove it that Roberts had a copy. Rod Rosenstein certainly has a copy. Sean Henry of CrowdStrike, who was FBI at the time, he

took two copies back to the FBI with him. The copies were made and then, it was actually Sean Bridges who encrypted them and gave them the keys. So there are copies out there.

**Interviewer:** And who would be on these tapes, most likely? As far as from your conversations in the trick squad?

**JHTH:** From just those tapes and talking about the copies? Those would be Roberts – excuse me – those would be Pence and his two lovers and the younger ones. There were also – they would do the same thing; illegal surveillance or sometimes FISA but this was mostly in the country. Illegal surveillance with Roberts' children – and whoever they were with.

They'd set it up. They knew that they weren't going to be exposed, because these were Chief Justice Roberts' children. And please keep in mind that these children have been abused since birth and I don't want anything else happening. They've already lived through Hell, they don't need anything else.

They were, again, loaned-out for these different groups and they did surveil many of them.

**Interviewer:** Now, you also have said, in past discussions that there was a plot that Roberts was allegedly a part of, where they discussed murdering other judges on the Supreme Court under a Hillary Clinton administration, can you give me any details on that?

**JHTH:** This was something the FBI set up, under their guidance from their political people. It was going to be a false flag. This was going out 2 years, almost before the election. And it was a Sovereign Citizen group. Obama did not want any terrorism unless it was white terrorism. So, this was a Sovereign Citizen group that the FBI had infiltrated and armed and instigated against other targets.

They were, for the most part pro-America but they were racist in some of their origins. A lot of them were divorced fathers with a grudge against the court system, anyway and the FBI people had infiltrated and exploited this.

They moved them up to the level of assassinating Federal judges, political people, things like that. You want the names? I can tell you.

So, anyway, part of their plot was various types of attacks on the Supreme Court, to take out as many judges as they could and Roberts was aware of this. He actually provided some scheduling, because apparently, the justices are not all there at one time, they come and go as they please – and, "These three will be working something and these three…" and he provided this to the group, so they could finalize their plans.

They were very, very close in what they were trying to do. They had explosives, all types of automatic weapons, they had rocket launchers and they were very close to it.

They were going to assassinate F Dennis Saylor, he's a Federal Judge in Massachusetts and Martha Coakley and Lisa Monaco and her family. They were going to make it look like a home invasion and film it until later, when they needed it.

And this was their initial attack plan and then, the Supreme Court got infiltrated, at their request. And when I found out what they were doing, that they were going to attack these judges and they were going to pack the

Supreme Court, I tried to end-run them.

I had minders, people kept tabs on me. I had FBI minders but I tried to end-run and expose it and I took all the evidence, I went to Homeland Security, who were overwhelmed and they called in the FBI and then the DOJ, which came right back on me and they picked me up just a few weeks later, when they found out who I was.

And the damage to their plots had been done. They did get close to assassinating people up there. Lisa Monaco, the judge was under 24/7 security, Martha Coakley had in-state security and I did prevent them from going after the Supreme Court, although their plans were all out, they had maps, they had the weapons, they had everything planned, so at least it prevented something like that.

**Interviewer:** Now, were the teams who supposed to do the actual operations against the judges, were those Americans or were they foreign?

**JHTH:** No, these were Americans. A third would be these Sovereignty groups and two thirds would be FBI people or people working with the FBI.

They were going to get rid of them, anyway. They actually have recordings of their planning over the phone – me, as part of this group – and then, they did not hang up the phone – they did not kill the phone and we were listening to them talking about killing me and my wife. Things like that.

Another time, they actually butt-dialed me and he was talking about – he was on the phone talking to various people – about their plans, about Hillary going after her and what they were going to do to us because we new too much and were outside, at the time.

So, they could not do what they wanted, we got the people under surveillance, we saved them. As a credit for saving them, they were very upset that their plans had gone to crap, very upset with me, especially when they came and picked me up. But it stopped it. Their plans were written-out, they were like, they had maps, they had surveillance, they had quite a but of equipment.

**Interviewer:** What was the timeline they were hoping to do this in?

**JHTH:** This would be right after – within the first year of a Hillary Clinton's presidency. She was not supposed to lose. So, this was all planned-up and it was more than just that. It was a twofold. They wanted to pack the court, they wanted to take out as many as they could. Roberts was actually helping, because he didn't want to be one of them and he wanted some choice in who would be on the bench after that. He wanted to maintain some form of control, so he did provide information.

But it was supposed to be done within the first year of Hillary Clinton's campaign, so that they could ban firearms, as well. And pack the Court. So, they had plenty of time to do that. That was their two main goals.

**Interviewer:** Do you believe the death of Anton Scalia was part of this same plot or is that – do you know if that was separate?

**JHTH:** It was the same people. He was a backup plan. He was their biggest threat; being the most Conservative justice.

Justice Scalia, actually, I believe he found out about this; the plans and he went to the White House, like a week before his death. I believe he found out what they were trying to do.

When they moved away from the overall attack, of where these people lived or making an attack over the holidays, when more than one justice would be in their home, things like this – and again, Roberts was providing this.

They had to take him out. He was seen as their biggest obstacle. So, the same basic group that was involved were given access to the ranch where he was found.

They talked about how they did it, they had a couple different options but it was discussed prior to his death; what they intended to do, where they could possibly do it, how they could do it, who they would need.

The records are there, at the Cibolo Ranch, one person was brought in – it was three men – one person was brought in as a tent worker the other two – same team – were brought in as servants from a group that was there hunting.

And they discussed how it was done. They used DMSO, dimethyl sulfoxide, which is a fairly inert chemical, just goes through your skin. But if you mixed it with a poison or a drug or something like that, it will go directly into your system and overload you. I believe that's why he was found with a pillow over his face. He was struggling to breathe. He couldn't breathe, he was choking.

And this particular chemical, you can tailor it to the person. If they have a drug problem, you can put fentanyl in it and overdose them. If they have a heart condition, it would take very little to go directly in, it would be like a direct injection into the heart.

And then, they talked about how they did it and Roberts was on the phone, discussing the successor. And he wanted a say in it, because now, it was only going to be one person and he wanted to pick that person and he wanted a say in who was going to take it – and of course, there was all kinds of talk about Eric Holder taking it and all kinds of people. But he wanted a say in who was going to take over Justice Scalia's spot.

And I don't think he got it. I mean, obviously, he can't, because President Trump is here. But he did want it and this is all prior to discussions and him complaining that he wasn't getting any say prior to his death. His sudden death. It was well-known.

**Interviewer:** Aside from Roberts being witting on this, did Rosenstein or anyone outside of the White House, had they been made aware of the plans, perhaps in Hillary's camp that you could speak about?

**JHTH:** Oh, Hillary was one who knew about it, it was supposed to be done under her watch, her first term, so that they could pack the Court. They were fully aware of it.

Rod has an intense hatred of Hillary, even though he worked with her when he had to. He's not fond of Obama, really. He's only fond of himself.

But the plan was to be enacted through them and [Rod Rosenstein] was integral in running the Hammer system through Baltimore…

This entry was posted in Uncategorized. Bookmark the permalink.

**SOTN: Alternative News, Analysis & Commentary**

Proudly powered by WordPress.

https://www.newsmax.com/newsmax-tv/rudy-giuliani-hunter-biden-burisma-new-york-post/2020/10/15/id/992109/

5 Million Downloads to Newsmax APP! Read More Details . . .

Home | Newsmax TV

**Tags:** China | Joe Biden | Media Bias | Newsmax TV | Ukraine | rudy giuliani | hunter biden

# Giuliani to Newsmax TV: Biden Family 'Taking Money Illegally' for Years

(Newsmax TV/"National Report")

By Sandy Fitzgerald   |   Thursday, 15 October 2020 10:23 AM

The mainstream media has been involved in its "usual coverup" of the "criminality" of Democrat presidential nominee Joe Biden and his family when there is "so much evidence that the Biden family has been taking money illegally for many, many years," President Donald Trump's personal attorney Rudy Giuliani told Newsmax TV Thursday.

"Now we have [Hunter] Biden's own text messages to his father, to others, which make it clear they were stealing money, taking money from countries like Iraq, Ukraine, China, Romania, don't forget Moscow, the $3.5 million from Moscow that Biden lied about at the debate," Giuliani told Newsmax TV's "National Report."

AH III pg 2 of 3

He also claimed that one of the messages shows Joe Biden was getting money that was being paid to his son Hunter Biden from overseas interests.

Giuliani's comments come after the New York Post's reports about receiving a hard drive from a laptop purportedly owned by Hunter Biden. The computer, bearing a Beau Biden Foundation sticker, was left at a Delaware repair shop but was never picked up. The shop's owner provided copies of the hard drive to the FBI and to Giuliani's attorney after reportedly discovering incriminating emails on the laptop, and Giuliani provided a copy to the Post.

"Today the NY Post puts the lie to [Joe Biden's] claim he didn't know about Burisma and the shenanigans ... the fact he was involved in a bribe there," said Giuliani. "He said he never met or knew anything about Burisma. Text messages make it clear in 2015 he had a meeting with the number two guy of Burisma in Washington, D.C. Those texts were supplied by the Post."

Giuliani insisted he got the hard drive "completely legally," but the Bidens aren't saying its comments aren't true because "it isn't untrue."

He also revealed an email that he said was sent by Hunter Biden to his daughter that shows Joe Biden was getting money from Ukraine.

In the email, sent on Jan. 6, 2019, Hunter Biden said that he doesn't get "any respect" from his family and that he hopes that she can "do what I did and pay for everything for this entire family for 30 years. Don't worry, unlike Pop, I won't make you give me half your salary."

"That's on the hard drive," said Giuliani. "It's clearly his hard drive. It has a thousand pictures of him."

The FBI, Giuliani added, has had the hard drive's contents for eight months. He said he thinks the pictures and videos constitute a "national security threat to the United States" because they are all in the hands of China so they can extort Joe Biden with them.

"Another question: Who would pay $30 million to a guy who is consistently on drugs unless he's doing it to bribe his father, who was the vice president?" asked Giuliani. "Then how come Joe lost every negotiation with China? ... He's been using his family to make millions for years. He's been doing it by selling us out. And it's disgraceful that the media covers it up."

lawenforcementtoday.com/revealed-pelosi-has-invested-more-than-1-million-in-crowdstrike-company-
tied-into-russia-collusion-hoax/



House Speaker Nancy Pelosi (D-CA)

# Revealed: Pelosi has invested more than $1 million in 'CrowdStrike', company tied into Russia collusion hoax

Posted by: Pat Droney|October 16, 2020 |Categories Featured, Investigations, Must Reads

Share:

**WASHINGTON, DC-** Have you ever wondered why House Speaker Nancy Pelosi seems to have a personal agenda against President Trump, more so than a political one? Now, information has come out through RealClearInvestigations (RCI) that ties Pelosi and her husband Paul into a cybersecurity firm called CrowdStrike.

If that sounds familiar, it should. The company was the organization that accused the Russians of hacking the Democratic National Committee and stealing data. Hillary Clinton then took that information to accuse the Trump campaign of colluding with Russia in the 2016 election.

After CrowdStrike made the allegation, the intelligence assets of the United States then embarked on an investigation of so-called Russian collusion which tied up the federal government and the narrative for over three years, consuming the Trump administration in what amounted to a hit job.

Now, it has been revealed that Pelosi and her husband have invested over $1 million in CrowdStrike holdings, according to recent financial disclosures. On Sept. 3, the Pelosi's purchased the stock at a price of $129.25, with the stock having risen recently to over $140. According to Pelosi's spokesman Drew Hammill, he said:

**"Speaker Pelosi is not involved in her husband's investments and was not aware of the investment until the required filing was made. Mr. Pelosi is a private investor and has**

*AH IV pg 2 of 5*

**investments in a number of publicly traded companies. The Speaker fully complies with House Rules and the relevant statutory requirements."**

The investment made by the Pelosi's in the range of between $500,000 and $1 million should raise eyebrows due to the company's involvement in the Russia collusion fraud.

LET Unity - It's being called the "Netflix" of the Emergency Responder and Veteran Community
Play Video

CrowdStrike was instrumental in the FBI's investigation into the alleged hacking of the DNC in 2016. RCI noted that the company's executives had shared intelligence with the FBI on a continuing basis, making contacts in the early months of the investigation.

Esquire Magazine reported that in October 2016, when U.S. intelligence officials had first accused Russia of cyber meddling, a senior U.S. government official actually contacted CrowdStrike co-founder Dmitri Alperovitch and thanked him for "pushing the government along." The company was also mentioned in both the final report of Special Counsel Robert Mueller and the Senate Intelligence Committee, both of whom cited the company's forensics.

The company drew the attention of President Trump, who during the July 2019 phone call with Ukraine President Volodymyr Zelensky, asked him to look into CrowdStrike's role in the breach of the DNC serve, and suggested that the company may have actually been involved with hiding the identity of the real perpetrators.

CrowdStrike has significant ties to the Democratic Party and intelligence officials who drove the Russia hoax, so the investments made in the company by Pelosi and her husband asks more questions than it answers.

The law firm retained by the DNC, Perkins Coie hired CrowdStrike to investigate the data breach in April 2016. In fact, at the outset of the incident, Atty. Michael Sussmann of Perkins Coie personally reached out to CrowdStrike officials and informed them that Russia was likely behind the server breach.

When CrowdStrike went public with the Russian hacking allegation in June, Perkins Coie had already hired Fusion GPS, which is the opposition research firm which produced the bogus Steele dossier that alleged a conspiracy between Russia and President Trump.

The entanglements between CrowdStrike and the federal government are even more pronounced. The president of CrowdStrike, Shawn Henry, who led the team that remediated the alleged breach to the DNC server and blamed the hack on Russia, was formerly the assistant director at the FBI under none other than Robert Mueller.

Henry also is a former analyst at Trump-hating MSNBC, which led the charge in promoting the Trump-Russia hoax along with CNN.

Co-founder Alperovitch is a former nonresident senior fellow at the Atlantic Council, which is a Washington organization that actively lobbies for an aggressive posture toward Russia.

CrowdStrike is clearly up the Democrats behind, having donated $100,000 to the Democratic Governors Association in 2016 and 2017, RCI reported.

Clearly, CrowdStrike had numerous conflicts of interest in the Russia investigation which happened to coincide with what RCI called a "series of embarrassing disclosures that call into question its technical reliability."

For example, early in 2017 CrowdStrike was forced to take back an allegation that Russia had hacked Ukrainian military equipment with the same malware which was claimed to have been discovered inside the DNC server.

Likewise, during the FBI's investigation into the DNC server breach, the company never provided direct access to the FBI for the alleged hacked servers, turning back requests from the agency which reached all the way to the top of the agency, former director James Comey.

Do you want to join our private family of first responders and supporters?  Get unprecedented access to some of the most powerful stories that the media refuses to show you.  Proceeds get reinvested into having active, retired and wounded officers, their families and supporters tell more of these stories.  Click to check it out.

The FBI actually had to rely on CrowdStrike's images of the servers, along with reports that Justice Department officials later said were given to the agency in incomplete, redacted form.

In fact, the assistant director of the FBI's Cyber Division, James Trainor, told the Senate Intelligence Committee that the "DNC's cooperation with the FBI's 2016 hack investigation was 'slow and laborious in many respects,' and that CrowdStrike's information was 'scrubbed' before it was turned over.

According to Alperovich, the company allegedly installed its Falcon software to protect the DNC's server on May 5, 2016; however the emails were stolen from the server three weeks later, during a time period form May 25 to June 1.

Worse yet for the company, recently unsealed testimony from the House Intelligence Committee showed that Henry admitted under oath behind closed doors in December 2017 that there was no "concrete evidence" that Russian hackers had in fact stolen any emails or other data from the DNC servers.

*"There's circumstantial evidence, but no evidence that they were actually exfiltrated," Henry said. "There are times when we can see data exfiltrated, and we can say conclusively. But in this case it appears it was set up to be exfiltrated, but we just don't have the evidence that says it actually left."*

The information from Henry, along with a large number of transcripts were released by House Intelligence Committee Chairman Adam Schiff only after pressure from then-acting Director of the Office of the Director of National Intelligence, Richard Grenell.

RCI reported last month that Henry's testimony in front of the House committee conflicted with testimony in front of the Senate Intelligence Committee just two months prior, in October 2017. According to his testimony to the Senate, Henry said that CrowdStrike was "able to see some exfiltration and the types of files that had been touched," but not the files content. During the same House testimony, Henry changed his testimony at the prodding of his attorneys to correct an initial answer, where he had falsely said he knew when Russian hackers had exfiltrated the stolen information.

Henry then, in trying to cover his tracks tried to make the ridiculous argument that Russian hackers "could have taken individual screenshots of each of the 44,053 emails and 17,761 attachments" that ended up being distributed by WikiLeaks.

RCI reported that as CrowdStrike's incompetence was being secreted from the public, Wall Street was being kind to the company. In 2017, just one year after alleging Russian interference, the company was valued at $1 billion. Just three years later, after going public in 2018, the company's valuation was $6.7 billion, then raised shortly afterward to $11.4 billion.

Just over a year later, its market cap was $31.37 billion; CrowdStrike doubled its revenue on average every year, rising from $52.75 million in 2017 to 481.41 million this year.

Other companies also benefited from the Trump-Russia collusion hoax, RCI reports.

New Knowledge, which is staffed in part by several former Democratic Party operatives and intelligence officials wrote a report for the Senate Intelligence Committee that had accused a Russian troll farm of interfering in social media which allegedly duped millions of Americans; the report was later disputed.

New Knowledge itself was involved in a social media disinformation campaign for the benefit of Alabama Senator Doug Jones (D).

At the same time the Democrat party's impeachment scam was underway in Congress, yet another cybersecurity firm with ties to the Democratic Party, Area One, was accusing the Russian spy agency GRU of hacking into Burisma, the Ukrainian energy firm where Hunter Biden was on the board of directors, for the purposes of allegedly gaining dirt on Joe Biden.

Likewise, a firm with extensive ties to the Atlantic Council and the Pentagon, Graphika, put out reports that accused Russia of impersonating both left-wing and right-wing websites in order to try to fool Americans.

With a number of firms benefiting from accusations of Russian interference in the American electoral process, CrowdStrike is front and center. Now Nancy Pelosi, who even to this day accuses President Trump of being a Russian asset, is herself benefiting financially from the success CrowdStrike has garnered perpetrating a hoax.

## About The Author

Pat Droney

Pat Droney is a retired police officer, having worked in the field in for over 31 years, up to and including the rank of Chief of Police. After retirement, Pat worked as Director of Campus Safety for a private school, as well as Loss Prevention Supervisor in the retail sector. He currently works in the transportation industry. Pat is a proud Reagan conservative patriot, loves his Irish heritage, but especially loves his country and is an unabashed supporter of our military.

*AH V pg 143*

https://nypost.com/2020/10/22/email-sent-from-bidens-brother-to-hunter-references-harris-report/

**NEWS**

# Email reportedly sent from Biden's brother to Hunter references Kamala Harris

By Emily Jacobs

October 22, 2020 | 12:25pm | Updated



Sara and Jim Biden arrive at the White House in 2011.

An email sent by Democratic presidential nominee Joe Biden's brother Jim to Hunter Biden and others regarding a potential business venture with a now-bankrupt Chinese conglomerate included the name of Biden's vice presidential running mate, Sen. Kamala Harris, according to a report.

The email, dated May 15, 2017, and obtained by Fox News, is not related to the laptop or hard drive belonging to Hunter Biden that was first reported on by The Post, according to the network.

In the correspondence, Jim Biden shares a list of "key domestic contacts for phase one target projects" for the venture with CEFC China Energy Co.

The list included prominent Democratic names such as Sens. Harris of California, Amy Klobuchar of Minnesota, Dianne Feinstein of California and Kirsten Gillibrand of New York, New York Gov. Andrew Cuomo, New York City Mayor Bill de Blasio, former Virginia Gov. Terry McCauliffe and others.

The email's subject line read: "Phase one domestic contacts/ projects," according to the network.

It is unclear if any of the lawmakers listed were ever contacted for any reason related to the email.

Hunter Biden

While the network reports that this email was not related to others, emails obtained by The Post earlier this month showed Hunter Biden pursued lucrative deals involving CEFC China Energy Co.

Emails reveal how Hunter Biden tried to cash in big on behalf of family with Chinese firm

Play Video

In an email sent to Hunter dated May 13, 2017, obtained by The Post, details of "remuneration packages" were discussed for six people involved in an unspecified business venture.

Hunter Biden was identified as "Chair / Vice Chair depending on agreement with CEFC," an apparent reference to the bankrupt company.

**SEE ALSO**

Emails reveal how Hunter Biden tried to cash in big on behalf of family with Chinese firm

A# V pg 3q3

Aside from Hunter Biden in the email obtained by Fox News, the other recipients were identified as Tony Bobulinski, Rob Walker and James Gilliar.

Bobulinski, who describes himself as a former business partner of Hunter, told The Post's Michael Goodwin on Thursday that the May 13 email was "genuine."

That email included an outline of a "provisional agreement" for an unnamed company, under which 80 percent of the "equity," or shares in the new company, would be split equally among four people whose initials correspond to the sender and three recipients, with "H" apparently referring to Biden.

Hunter Biden's ex-business partner told 'don't mention Joe' in text message

Play Video

"Hunter has some office expectations he will elaborate." A proposed equity split references "20" for "H" and "10 held by H for the big guy?" with no further details.

Speaking to Goodwin, Bobulinski confirmed that "the big guy" was, in fact, the 2020 Democratic presidential nominee.

The email was contained in a trove of data that the owner of a computer repair shop in Delaware said was recovered from a MacBook Pro laptop that was dropped off in April 2019 and never retrieved.

The computer was seized by the FBI, and a copy of its contents made by the shop owner was shared with The Post.

GENERAL AFFIDAVIT

AH VI pg 1 of 1

Region of Lazio
Country of Italy

I, Prof Alfio D'Urso, Advocate/Lawyer, of Via Vittorio Emanuele, Catania, 95131 Italy, do hereby provide the following affidavit of facts as conveyed in several meetings with a high level army security services official:

Arturo D'Elia, former head of the IT Department of Leonardo SpA, has been charged by the public prosecutor of Naples for technology/data manipulation and implantation of viruses in the main computers of Leonardo SpA in December 2020. D'Elia has been deposed by the presiding judge in Naples and in sworn testimony states on 4 November 2020, under instruction and direction of US persons working from the US Embassy in Rome, undertook the operation to switch data from the US elections of 3 November 2020 from significant margin of victory for Donald Trump to Joe Biden in a number of states where Joe Biden was losing the vote totals. Defendant stated he was working in the Pescara facility of Leonardo SpA and utilized military grade cyber warfare encryption capabilities to transmit switched votes via military satellite of Fucino Tower to Frankfurt Germany. The defendant swears that the data in some cases may have been switched to represent more than total voters registered. The defendant has stated he is willing to testify to all individuals and entities involved in the switching of votes from Donald Trump to Joe Biden when he shall be in total protection for himself and his family. Defendant states he has secured in an undisclosed location the backup of the original data and data switched upon instruction to provide evidence at court in this matter.

I hereby declare and swear the above stated facts have been stated in my presence.

DATED this 6th day of January 2021 at Rome, Italy.

General Affidavit

*Att VII pg 1 of 6*

- Editorial
- Foreign

# Conte, Leonardo SpA and the U.S. Embassy behind the Election Data Switch fraud to take out Trump

*Italy and Conte played a key role in the international cyber plot to take out Trump*
*Leonardo Finmeccanica's Cyber Warfare satellites are among the means used*

January 5, 2021
8341

by Riccardo Corsetto



Riccardo Corsetto
Director L'UNICO

*"The Italian Government and Prime Minister Guiseppe Conte are directly involved in the electoral fraud that affected the American elections leading to Joe Biden's pending illegal victory."* According to US investigative sources working here in Italy since 18 November 2020, it was the US Embassy in Rome who coordinated the data manipulation of votes cast for President Trump to Joe Biden, with the technical complicity of Leonardo SpA, a company that is 31% owned by the Italian Government and generates more than half of its multi billion USD annual revenue from its US based subsidiary.  Leonardo DRS whose chief executive officer, William Lynn III, was formerly the undersecretary of

defense during the Clinton Administration. Leonardo DRS is actively pursing a public listing on the NYSE in 2021.



Leonardo SpA, formerly known as Finmeccanica underwent a name change in January 2017. According to individuals who carried out the data switch operation under the direction of US intelligence officials in the American Embassy, they utilized one of Leonardo's advanced military spec (cyber warfare) satellites to transmit manipulated votes back to Frankfurt servers and on to the United States, as reported by the journalist Cesare Sacchetti. **Leonardo S.p.A.** it is the largest industrial company in Italy and is active in the fields of defense, aerospace and cyber security. The largest shareholder is the Italian Ministry of Economy and Finance, which owns a share of approximately 31%.

Leonardo-Finmeccanica merged the activities of previously controlled companies such as AgustaWestland, Alenia Aermacchi, Selex ES, OTO Melara and Wass. Leonardo is the tenth largest defense company in the world and the third largest in Europe with revenues from the defense sector representing 68% of its annual revenue. The company is listed on the FTSE MIB index of the Milan Stock Exchange. The company is structured in five operational divisions: Helicopters, Aircraft, Aerostructures, Electronics and Cyber Systems for Security and information. In Fiscal Year 2020, the US Government awarded nearly $1B in cyber security, intelligence and defense contracts to Leonardo SpA.

The former chairman of Leonardo is Gianni De Gennora who left Leonardo in May 2020.



Leonardo SpA Chief Executive Officer Alessandro Profuma, a former banker who in October 2020 was condemned for the scandal of Banca di Monte Paschi di Siena. Alessandro Profumo was appointed by the Gentiioni Government and reconfirmed by Prime Minister Giuseppe Conte. The same Profuma was recently sentenced to six years for banking irregularities by Italian courts.

One of the board of directors of Leondardo SpA (2017) was Professor Guido Alpa, a former law partner of Giuseppe Conte in Rome.

Prime Minister Giuseppe Conte in recent days had been the subject of press articles about plans to establish private intelligence agencies.

## *The involvement of the Italian Government through Leonardo SpA*



The President of the Council - Prime Minister Giuseppe Conte

The Conte Government is believed to have played a key role in the international coup that would have compromised President Donald Trump's reelection.

Switzerland has recently come under heavy accusation of complicity in the alleged cyber coup, as claimed by Neal Sutz, a Swiss-American blogger, who denounced Switzerland's active role in US presidential fraud.

## *Scylt, Swiss software linked to Dominion Voting Machines*

It all starts with Scylt, denounced Neal Sutz, a software purchased by the Swiss national postal service , which is directly implemented in Dominion Voting Machines at the center of the US election scandal, directly linked to the tycoon George Soros.

According to Sutz, Switzerland never informed the Trump Administration of the serious flaws in the Scylt software, well known to the Swiss Government, and added that it had evidence of the plot that President Trump's lawyers would acquire.

According to local sources with direct knowledge of these events reporting to *Nations in Action*, the US nonprofit for election integrity and public governance transparency, the manipulated data was transmitted from Frankfurt to Rome via the US Embassy in via Veneto, according Rome the central role in the alleged international election plot to overturn the ballots cast by American citizens for the next President of the United States thereby creating a constitutional crisis.

On the night of 3 November (in the United States) – approximately 8 o'clock in the morning Italian time – the counting of votes was simultaneously suspended in a number of key battleground states, as shown by some official videos taken from the closed circuit of the Atlanta polling station and which we have documented extensively in this newspaper.

At that point while the fraud was already widely initiated, the Leonardo SpA IT hackers realized that "Trump stood above Biden for a very large and *unexpected number of votes"* so much so that manipulation was in vain and not enough to make him lose.



U.S. President-Elect Joe Biden

Sicilian born Igzanio Moncada, CEO of FATA SpA, a wholly owned subsidiary of Leonardo SpA, is believed to be a bridge between some secret services and the Italian Beijing Business Association, the Italian Iran Business Association and the Italian Qatar Business Association. It has been stated that Moncada may be a key figure in the eight month planning of the election hacking in Italy.

Senior US Embassy personnel in Italy reportedly gave the order to act, coordinating the hacking and developing "new algorithms", states a key witness of the fraud, to secure a win for the democrat candidate **Joe Biden.**

## *The role of the US Embassy in Rome*



The US Ambassador to Italy, Lewis Eisenberg

We would not advance this story if it had not come from a former member of the world's largest cyber warfare aerospace and defense conglomerate based in Italy. The US Ambassador to Italy is **Lewis Eisenberg**, very critical of President Trump's military disengagement in the world and who is very close to the neo-Zionist lounges connected to the Goldman circuit.

Three senior officials from the US intelligence community, landed at Leonardo da Vinci Airport in Fiumicino several days prior to the November 3rd 2020 election in the US. According to a former CIA agent, the three intelligence operatives were housed at the U.S. Embassy in Via Veneto to coordinate hacking operations during election count suspension from November 3-4.

Mr. GRIJALVA. Madam Speaker, I thank the gentlewoman from Colorado for yielding time.

I will be very brief. Madam Speaker. There is really nothing left to say. This challenge brought by Members of this House, Republican Members from this House from Arizona and a Senator from Texas, the whole discussion today, this challenge to the 11 electoral votes that are designated for President Biden and Vice President Harris, the discussion today proves there is no merit to denying those electoral votes. There is no legal standing. The courts have proven that in Arizona time and time again. There is no precedent. There was no constitutional violation.

But we are here today, Madam Speaker, because of one man and those who are desperate to please him.

So what do we have to show for this process today? Fear, a lockdown, violence, and, regrettably and sadly, death, arrests, present and real danger, threats, an assault on our institution, this House, this Congress, and the very democracy that we practice here.

And to what end? What did we accomplish?

The reality is that the challenges will be defeated. Come January 20, President Biden and Vice President Harris will be the President and Vice President of the United States.

So what have we accomplished? To further divide this Nation? To continue to fan the same rhetoric of division and us versus them? To paralyze and dismantle our democracy? Is that what we attempted to accomplish today?

The mob that attacked this institution, I hold no Member specifically responsible for that madness that was around us, but we do share a responsibility, my friends, to end it. It is past time to accept reality, to reaffirm our democracy and move on.

I would urge my colleagues from Arizona who filed this challenge to withdraw their challenge to this, to Arizona and to the electors that have been chosen to give their 11 votes to the winners in that election.

But if that doesn't happen, then I would urge my colleagues to reject this challenge and defend all voters, defend the voters of Arizona and that democracy that we practice daily in the representation of our constituents. That is what is at stake today.

Ms. DEGETTE. Madam Speaker, on Sunday, every Member in this Chamber took an oath to uphold the Constitution, and there is only one vote tonight for those who took that oath, and that vote is to reject this challenge.

The SPEAKER. All time for debate has expired.

The question is, Shall the objection to the Arizona electoral college vote count submitted by the gentleman from Arizona (Mr. GOSAR) and the Senator from Texas (Mr. CRUZ) be agreed to.

The question was taken; and the Speaker announced that the noes appeared to have it.

Mr. JORDAN. Madam Speaker, on that I demand the yeas and nays.

The SPEAKER. Pursuant to section 3(s) of House Resolution 8, the yeas and nays are ordered.

The vote was taken by electronic device, and there were—yeas 121, nays 303, not voting 7, as follows:

[Roll No. 10]

**YEAS—121**

Aderholt
Allen
Arrington
Babin
Baird
Banks
Bergman
Bice (OK)
Biggs
Bishop (NC)
Boebert
Bost
Brooks
Budd
Burchett
Burgess
Calvert
Cammack
Carl
Carter (GA)
Carter (TX)
Cawthorn
Cole
Cloud
Clyde
Crawford
Davidson
DesJarlais
Diaz-Balart
Donalds
Duncan
Dunn
Estes
Fallon
Fischbach
Fitzgerald
Fleischmann
Franklin, C. Scott
Fulcher

Gaetz
Garcia (CA)
Gibbs
Gimenez
Gehmert
Good (VA)
Gooden (TX)
Gosar
Graves (MO)
Green (TN)
Greene (GA)
Griffith
Guest
Hagedorn
Harris
Harshbarger
Hartzler
Hern
Herrell
Hice (GA)
Higgins (LA)
Hudson
Issa
Jackson
Jacobs (NY)
Johnson (LA)
Johnson (OH)
Jordan
Joyce (PA)
Kelly (MS)
Kelly (PA)
LaMalfa
Lamborn
LaTurner
Lesko
Long
Loudermilk
Lucas
Luetkemeyer
Malliotakis
Mann

Mast
McCarthy
McClain
Miller (IL)
Miller (WV)
Moore (AL)
Mullin
Nehls
Norman
Obernolte
Palazzo
Palmer
Perry
Pfluger
Posey
Reschenthaler
Rice (SC)
Rogers (AL)
Rogers (KY)
Rose
Rosendale
Rouzer
Rutherford
Scalise
Sessions
Smith (MO)
Smith (NE)
Steube
Tiffany
Timmons
Van Drew
Walberg
Walorski
Weber (TX)
Webster (FL)
Williams (TX)
Wilson (SC)
Wright
Zeldin

**NAYS—303**

Adams
Aguilar
Allred
Amodei
Armstrong
Auchincloss
Axne
Bacon
Balderson
Barr
Barragán
Bass
Beatty
Bentz
Bera
Beyer
Bishop (GA)
Blumenauer
Blunt Rochester
Bonamici
Bourdeaux
Bowman
Boyle, Brendan F.
Brown
Brownley
Buchanan
Buck
Bucshon
Bush
Bustos
Butterfield
Carbajal
Cárdenas
Carson
Cartwright
Case
Casten
Castor (FL)
Castro (TX)
Chabot
Cheney
Chu

Cicilline
Clark (MA)
Clarke (NY)
Cleaver
Clyburn
Cohen
Comer
Connolly
Cooper
Correa
Costa
Courtney
Craig
Crenshaw
Crist
Crow
Cuellar
Curtis
Davids (KS)
Davis, Danny K.
Davis, Rodney
Dean
DeFazio
DeGette
DeLauro
DelBene
Delgado
Demings
DeSaulnier
Deutch
Dingell
Doggett
Doyle, Michael F.
Emmer
Escobar
Eshoo
Espaillat
Evans
Feenstra
Ferguson
Fitzpatrick
Fletcher

Fortenberry
Foster
Foxx
Frankel, Lois
Fudge
Gallagher
Gallego
Garamendi
Garbarino
Garcia (IL)
Garcia (TX)
Golden
Gomez
Gonzales, Tony
Gonzalez (OH)
Gonzalez, Vicente
Gottheimer
Graves (LA)
Green, Al (TX)
Grijalva
Grothman
Guthrie
Haaland
Harder (CA)
Hayes
Herrera Beutler
Higgins (NY)
Hill
Himes
Hinson
Hollingsworth
Horsford
Houlahan
Hoyer
Huffman
Huizenga
Jackson Lee
Jacobs (CA)
Jayapal
Jeffries
Johnson (GA)
Johnson (SD)

Johnson (TX)
Jones
Joyce (OH)
Kahele
Kaptur
Katko
Keating
Keller
Kelly (IL)
Khanna
Kildee
Kilmer
Kim (NJ)
Kind
Kinzinger
Kirkpatrick
Krishnamoorthi
Kuster
Kustoff
LaHood
Lamb
Langevin
Larsen (WA)
Larson (CT)
Latta
Lawrence
Lawson (FL)
Lee (CA)
Lee (NV)
Leger Fernandez
Levin (CA)
Levin (MI)
Lieu
Lofgren
Lowenthal
Luria
Lynch
Mace
Malinowski
Maloney, Carolyn B.
Maloney, Sean
Manning
Massie
Matsui
McBath
McCaul
McClintock
McCollum
McEachin
McGovern
McHenry
McKinley
McNerney
Meeks
Meijer
Meng
Meuser
Mfume
Miller-Meeks

Moolenaar
Mooney
Moore (UT)
Moore (WI)
Morelle
Moulton
Mrvan
Murphy (FL)
Murphy (NC)
Nadler
Napolitano
Neal
Neguse
Newhouse
Newman
Norcross
O'Halleran
Ocasio-Cortez
Omar
Owens
Pallone
Panetta
Pappas
Pascrell
Payne
Pelosi
Pence
Perlmutter
Peters
Phillips
Pingree
Pocan
Porter
Pressley
Price (NC)
Quigley
Raskin
Reed
Rice (NY)
Richmond
Rodgers (WA)
Ross
Roy
Roybal-Allard
Ruiz
Ruppersberger
Rush
Ryan
Sánchez
Sarbanes
Scanlon
Schakowsky
Schiff
Schneider
Schrader
Schrier
Schweikert
Scott (VA)
Scott, Austin
Scott, David

Sewell
Sherman
Sherrill
Simpson
Sires
Slotkin
Smith (NJ)
Smith (WA)
Smucker
Soto
Spanberger
Spartz
Speier
Stanton
Stauber
Stefanik
Steil
Stevens
Stivers
Strickland
Suozzi
Swalwell
Takano
Taylor
Thompson (CA)
Thompson (MS)
Thompson (PA)
Titus
Tonko
Torres (CA)
Torres (NY)
Trahan
Trone
Turner
Underwood
Upton
Van Duyne
Vargas
Veasey
Vela
Velázquez
Wagner
Waltz
Wasserman Schultz
Waters
Watson Coleman
Welch
Wenstrup
Westerman
Wexton
Wild
Williams (GA)
Wilson (FL)
Wittman
Womack
Yarmuth
Young

**NOT VOTING—7**

Bilirakis
Brady
Granger

Hastings
Kim (CA)
Steel

Tlaib

☐ 2308

Messrs. MOONEY, WITTMAN, VICENTE GONZALEZ of Texas, YOUNG, and GROTHMAN changed their vote from "yea" to "nay."

Messrs. JOHNSON of Ohio, RESCHENTHALER, and Mrs. WALORSKI changed their vote from "nay" to "yea."

So the objection was not agreed to.

The result of the vote was announced as above recorded.

A motion to reconsider was laid on the table.

Stated against:

Mrs. KIM of California. Madam Speaker, I was unavoidably detained. Had I been present, I would have voted "nay" on rollcall No. 10.

The SPEAKER. The Clerk will now notify the Senate of the action of the House, informing that body that the House is now ready to proceed in joint session with the further counting of the electoral vote for the President and the Vice President.

intent on violent sedition and insurrection against our beloved democratic Republic.

Here is Abraham Lincoln right before the war. At what point, then, is the approach of danger to be expected? I would answer, if it ever reaches us, it must spring up amongst us. It cannot come from abroad. If destruction be our lot, we must, ourselves, be its author and its finisher.

Madam Speaker, my family suffered an unspeakable trauma on New Year's Eve a week ago. But mine was not the only family to suffer such terrible pain in 2020. Hundreds of thousands of families in America are still mourning their family members. Many families represented in the Congress are still mourning their family members who have been taken away from us by COVID–19, by the opioid crisis, by cancer, by gun violence, by the rising fatalities associated with the crisis in mental and emotional health.

Enough, my beloved colleagues. It is time for America to heal. It is time for our families and communities to come together. Let us stop pouring salt in the wounds of America for no reason at all. Let us start healing our beloved land and our wonderful people.

The SPEAKER. All time for debate has expired.

The question is, Shall the objection submitted by the gentleman from Pennsylvania (Mr. PERRY) and the Senator from Missouri (Mr. HAWLEY) be agreed to.

The question was taken; and the Speaker announced that the noes appeared to have it.

Mr. KELLY of Pennsylvania. Madam Speaker, on that I demand the yeas and nays.

The SPEAKER. Pursuant to section 3(s) of House Resolution 8, the yeas and nays are ordered.

Members are reminded to vote when their group is called and to leave the Chamber after they have voted.

The vote was taken by electronic device, and there were—yeas 138, nays 282, not voting 11, as follows:

[Roll No. 11]

**YEAS—138**

| | | |
|---|---|---|
| Aderholt | Cole | Green (TN) |
| Allen | Crawford | Greene (GA) |
| Arrington | Davidson | Griffith |
| Babin | DesJarlais | Guest |
| Baird | Díaz-Balart | Hagedorn |
| Banks | Donalds | Harris |
| Bentz | Duncan | Harshbarger |
| Bergman | Dunn | Hartzler |
| Bice (OK) | Estes | Hern |
| Biggs | Fallon | Herrell |
| Bishop (NC) | Fischbach | Hice (GA) |
| Boebert | Fitzgerald | Higgins (LA) |
| Bost | Fleischmann | Hudson |
| Brooks | Foxx | Issa |
| Budd | Franklin, C. | Jackson |
| Burchett | Scott | Jacobs (NY) |
| Burgess | Fulcher | Johnson (LA) |
| Calvert | Gaetz | Johnson (OH) |
| Cammack | Garcia (CA) | Jordan |
| Carl | Gibbs | Joyce (PA) |
| Carter (GA) | Gimenez | Keller |
| Carter (TX) | Gohmert | Kelly (MS) |
| Cawthorn | Good (VA) | Kelly (PA) |
| Chabot | Gooden (TX) | Kustoff |
| Cline | Gosar | LaMalfa |
| Cloud | Graves (LA) | Lamborn |
| Clyde | Graves (MO) | Lesko |

| | | |
|---|---|---|
| Long | Owens | Smucker |
| Loudermilk | Palazzo | Stefanik |
| Lucas | Palmer | Steube |
| Luetkemeyer | Pence | Stewart |
| Mallotakis | Perry | Thompson (PA) |
| Mann | Pfluger | Tiffany |
| Mast | Posey | Timmons |
| McCarthy | Reschenthaler | Van Drew |
| McClain | Rice (SC) | Van Duyne |
| Meuser | Rogers (AL) | Walberg |
| Miller (IL) | Rogers (KY) | Walorski |
| Miller (WV) | Rose | Weber (TX) |
| Mooney | Rosendale | Webster (FL) |
| Moore (AL) | Rouzer | Williams (TX) |
| Mullin | Rutherford | Wilson (SC) |
| Murphy (NC) | Scalise | Wittman |
| Nehls | Schweikert | Wright |
| Norman | Sessions | Zeldin |
| Nunes | Smith (MO) | |
| Obernolte | Smith (NE) | |

**NAYS—282**

| | | |
|---|---|---|
| Adams | Espaillat | Lieu |
| Aguilar | Evans | Lofgren |
| Allred | Feenstra | Lowenthal |
| Amodei | Ferguson | Luria |
| Armstrong | Fitzpatrick | Lynch |
| Auchincloss | Fletcher | Mace |
| Axne | Fortenberry | Malinowski |
| Bacon | Foster | Maloney, |
| Balderson | Frankel, Lois | Carolyn B. |
| Barr | Fudge | Maloney, Sean |
| Barragán | Gallagher | Manning |
| Bass | Gallego | Massie |
| Beatty | Garamendi | Matsui |
| Bera | Garbarino | McBath |
| Beyer | Garcia (IL) | McCaul |
| Bishop (GA) | Garcia (TX) | McClintock |
| Blumenauer | Golden | McCollum |
| Blunt Rochester | Gomez | McEachin |
| Bonamici | Gonzales, Tony | McGovern |
| Bourdeaux | Gonzalez (OH) | McHenry |
| Bowman | Gonzalez, | McKinley |
| Boyle, Brendan | Vicente | McNerney |
| F. | Gottheimer | Meeks |
| Brown | Green, Al (TX) | Meijer |
| Brownley | Grijalva | Meng |
| Buchanan | Grothman | Mfume |
| Bucshon | Guthrie | Miller-Meeks |
| Bush | Haaland | Moolenaar |
| Bustos | Harder (CA) | Moore (UT) |
| Butterfield | Hayes | Moore (WI) |
| Carbajal | Herrera Beutler | Morelle |
| Cárdenas | Higgins (NY) | Moulton |
| Carson | Hill | Mrvan |
| Cartwright | Himes | Murphy (FL) |
| Case | Hinson | Nadler |
| Casten | Hollingsworth | Napolitano |
| Castor (FL) | Horsford | Neal |
| Castro (TX) | Houlahan | Neguse |
| Cheney | Hoyer | Newhouse |
| Chu | Huffman | Newman |
| Cicilline | Huizenga | Norcross |
| Clark (MA) | Jackson Lee | O'Halleran |
| Clarke (NY) | Jacobs (CA) | Ocasio-Cortez |
| Cleaver | Jayapal | Omar |
| Clyburn | Jeffries | Pallone |
| Cohen | Johnson (GA) | Panetta |
| Comer | Johnson (SD) | Pappas |
| Connolly | Johnson (TX) | Pascrell |
| Cooper | Jones | Payne |
| Correa | Kahele | Pelosi |
| Costa | Kaptur | Perlmutter |
| Courtney | Katko | Peters |
| Craig | Keating | Phillips |
| Crenshaw | Kelly (IL) | Pingree |
| Crist | Khanna | Pocan |
| Crow | Kildee | Porter |
| Cuellar | Kilmer | Pressley |
| Curtis | Kim (CA) | Price (NC) |
| Davids (KS) | Kim (NJ) | Quigley |
| Davis, Danny K. | Kind | Raskin |
| Davis, Rodney | Kinzinger | Reed |
| Dean | Kirkpatrick | Rice (NY) |
| DeFazio | Krishnamoorthi | Richmond |
| DeGette | Kuster | Rodgers (WA) |
| DeLauro | LaHood | Ross |
| DelBene | Lamb | Roy |
| Delgado | Langevin | Roybal-Allard |
| Demings | Larsen (WA) | Ruiz |
| DeSaulnier | Larson (CT) | Ruppersberger |
| Deutch | Latta | Rush |
| Dingell | Lawrence | Ryan |
| Doggett | Lawson (FL) | Sánchez |
| Doyle, Michael | Lee (CA) | Sarbanes |
| F. | Lee (NV) | Scanlon |
| Emmer | Leger Fernandez | Schakowsky |
| Escobar | Levin (CA) | Schiff |
| Eshoo | Levin (MI) | Schneider |

| | | |
|---|---|---|
| Schrader | Stevens | Vela |
| Schrier | Stivers | Velázquez |
| Scott (VA) | Strickland | Wagner |
| Scott, Austin | Suozzi | Waltz |
| Sewell | Swalwell | Wasserman |
| Sherman | Takano | Schultz |
| Sherrill | Taylor | Waters |
| Simpson | Thompson (CA) | Watson Coleman |
| Sires | Thompson (MS) | Welch |
| Slotkin | Titus | Wenstrup |
| Smith (NJ) | Tonko | Westerman |
| Smith (WA) | Torres (CA) | Wexton |
| Soto | Torres (NY) | Wild |
| Spanberger | Trahan | Williams (GA) |
| Spartz | Turner | Wilson (FL) |
| Speier | Underwood | Womack |
| Stanton | Upton | Yarmuth |
| Stauber | Vargas | Young |
| Steil | Veasey | |

**NOT VOTING—11**

| | | |
|---|---|---|
| Bilirakis | Hastings | Steel |
| Brady | Joyce (OH) | Tlaib |
| Buck | LaTurner | Trone |
| Granger | Scott, David | |

☐ 0308

Ms. CLARKE of New York changed her vote from "yea" to "nay."

So the objection was not agreed to.

The result of the vote was announced as above recorded.

A motion to reconsider was laid on the table.

The SPEAKER. The Clerk will now notify the Senate of the action of the House, informing that body that the House is now ready to proceed in joint session with the further counting of the electoral vote for the President and Vice President.

---

**FURTHER MESSAGE FROM THE SENATE**

A further message from the Senate by Ms. Byrd, one of its clerks, announced that the Secretary of the Senate shall inform the House of Representatives that the Senate is ready to proceed in joint session with the further counting of the electoral votes for President and Vice President.

(By unanimous consent, Mr. HOYER was allowed to speak out of order.)

### HONORING SHUWANZA GOFF

Mr. HOYER. Madam Speaker, this would not be the time I would have chosen, but it may be the last time that we are in session before the new administration comes in.

We are losing an extraordinary young woman who has been with me for over a decade and who is our floor leader, our floor director. All of you know her. Her name is Shuwanza Goff, and she has been with me for a significant period of time.

Shuwanza is a wonderful person. And the problem with having wonderful, talented, good staff is that at an administration change, they steal your people. It is just a terrible thing that happens. Two of my staff, Shuwanza Goff and Mariel Saez, will be going to the administration as well, and I have asked the administration to please do not take any more of my people.

But Shuwanza Goff has just been extraordinary. Those of you who have dealt with her understand how bright she is.

Case 1:21-cv-00550-ABJ Document 11-1 Filed 08/01/21 Page 32 of 36

that the teller has verified to be regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, this certificate from Vermont, the Parliamentarian has advised me, is the only certificate of vote from the State that purports to be a return from the State and that has annexed to it a certificate of an authority from that State purporting to appoint or ascertain electors.

Senator BLUNT. Mr. President, the certificate of the electoral vote of the State of Vermont seems to be regular in form and authentic, and it appears therefrom that Joseph R. Biden, Jr., of the State of Delaware received 3 votes for President and KAMALA D. HARRIS of the State of California received 3 votes for Vice President.

The VICE PRESIDENT. Are there any objections to counting the certificate of the vote of the State of Vermont that the teller has verified as regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, this certificate from the Commonwealth of Virginia, the Parliamentarian has advised, is the only certificate of vote from that State that purports to be a return from the State and that has annexed to it a certificate of an authority from that same State purporting to appoint or ascertain electors.

Ms. LOFGREN. Mr. President, the certificate of the electoral vote of the Commonwealth of Virginia seems to be in regular in form and authentic, and it appears therefrom that Joseph R. Biden, Jr., of the State of Delaware received 13 votes for President and KAMALA D. HARRIS of the State of California received 13 votes for Vice President.

The VICE PRESIDENT. Are there any objections to counting the certificate of the vote of the Commonwealth of Virginia that the teller has verified as appearing regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, this certificate from Washington, the Parliamentarian has advised, is the only certificate of vote from that State that purports to be a return from the State and that has a certificate of an authority from the same State purporting to appoint or ascertain electors.

Senator KLOBUCHAR. Mr. President, the certificate of the electoral vote of the State of Washington seems to be regular in form and authentic, and it appears therefrom that Joseph R. Biden, Jr., of the State of Delaware received 12 votes for President and KAMALA D. HARRIS of the State of California received 12 votes for Vice President.

The VICE PRESIDENT. Are there any objections to counting the certificate of the vote of the State of Washington that the teller has verified and appears to be regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, this certificate from West Virginia, the Parliamentarian has advised, is the only certificate of vote from that State that purports to be a return from the State and that has annexed to it a certificate of an authority from the State purporting to appoint or ascertain electors.

Mr. RODNEY DAVIS of ILLINOIS. Mr. President, the certificate of the electoral vote of the State of West Virginia seems to be regular in form and authentic, and it appears therefrom that Donald J. Trump of the State of Florida received 5 votes for President and MICHAEL R. PENCE of the State of Indiana received 5 votes for Vice President.

The VICE PRESIDENT. Are there any objections to counting the certificate of the vote for the State of West Virginia that the teller has verified appears to be regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, this certificate from Wisconsin, the Parliamentarian has advised, is the only certificate from that State that purports to be a return from the State and that has annexed to it a certificate of an authority from the State purporting to appoint or ascertain electors.

Ms. LOFGREN. Mr. President, the certificate of the electoral vote of the State of Wisconsin seems to be regular in form and authentic, and it appears therefrom that Joseph R. Biden, Jr., of the State of Delaware received 10 votes for President and KAMALA D. HARRIS of the State of California received 10 votes for Vice President.

The VICE PRESIDENT. For what purpose does the gentleman from Texas rise?

Mr. GOHMERT. Mr. President, I object to the electoral votes of the State of Wisconsin because 71 House Members, all of who condemn violence as we witnessed today, are firmly committed to the resolution of disagreements in civil, lawful, peaceful institutions with full and fair debate, free of violence. And though not a single court has allowed an evidentiary hearing to listen to the significant body of evidence of fraud, and though some seize on the court's failure to misrepresent that no court would listen to the evidence as saying evidence did not exist; while Democrat leaders in Milwaukee illegally and unconstitutionally created more than 200 illegal polling places; tens of thousands of votes were changed by workers, despite election workers' objections, plus so many other illegalities to fraudulently create a 20,000-vote lead, we object, along with a Senator who now has withdrawn his objection.

The VICE PRESIDENT. Sections 15 and 17 of title 3 of the United States Code require that any objection be presented in writing, signed by a Member of the House of Representatives and a Senator.

Is the objection in writing and signed by a Member and a Senator?

Mr. GOHMERT. It is in writing. It is signed by a Member, but it is not signed and objected to by a Senator, Mr. President.

The VICE PRESIDENT. In that case, the objection cannot be entertained.

This certificate from Wyoming, the Parliamentarian has advised, is the only certificate of vote from that State and purports to be a return from the State and has annexed to it the certificate of an authority from the same State purporting to appoint or ascertain electors.

Senator BLUNT. Mr. President, the certificate of the electoral vote of the State of Wyoming seems to be regular in form and authentic, and it appears therefrom that Donald J. Trump of the State of Florida received 3 votes for President and MICHAEL R. PENCE of the State of Indiana received 3 votes for Vice President.

The VICE PRESIDENT. Are there any objections to counting a certificate of the vote of the State of Wyoming that the teller has verified appears to be regular in form and authentic?

There was no objection.

The VICE PRESIDENT. Hearing none, the Chair advises Members of Congress the certificates having been read, the tellers will ascertain and deliver the result to the President of the Senate.

Senator KLOBUCHAR. The undersigned, ROY BLUNT and AMY KLOBUCHAR, tellers on the part of the Senate; ZOE LOFGREN and RODNEY DAVIS, tellers on the part of the House of Representatives, report the following as the result of the ascertainment and counting of the electoral votes for President and Vice President of the United States for the term beginning on the 20th day of January, 2021. The report we make is that Joe Biden and KAMALA HARRIS will be the President and the Vice President, according to the ballots that have been given to us.

The tellers delivered to the President of the Senate the following statement of results:

JOINT SESSION OF CONGRESS FOR THE COUNTING OF THE ELECTORAL VOTES FOR PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES—OFFICIAL TALLY

The undersigned, ROY BLUNT and AMY KLOBUCHAR tellers on the part of the Senate, ZOE LOFGREN and RODNEY DAVIS tellers on the part of the House of Representatives, report the following as the result of the ascertainment and counting of the electoral vote for President and Vice President of the United States for the term beginning on the twentieth day of January, two thousand and twenty one.

| Electoral votes of each State | For President | | For Vice President | |
|---|---|---|---|---|
| | Joseph R. Biden, Jr. | Donald J. Trump | Kamala D. Harris | Michael R. Pence |
| Alabama—9 | | 9 | | 9 |
| Alaska—3 | | 3 | | 3 |
| Arizona—11 | 11 | | 11 | |
| Arkansas—6 | | 6 | | 6 |

| Electoral votes of each State | For President | | For Vice President | |
|---|---|---|---|---|
| | Joseph R. Biden, Jr. | Donald J. Trump | Kamala D. Harris | Michael R. Pence |
| California—55 | 55 | | 55 | |
| Colorado—9 | 9 | | 9 | |
| Connecticut—7 | 7 | | 7 | |
| Delaware—3 | 3 | | 3 | |
| District of Columbia—3 | 3 | | 3 | |
| Florida—29 | | 29 | | 29 |
| Georgia—16 | 16 | | 16 | |
| Hawaii—4 | 4 | | 4 | |
| Idaho—4 | | 4 | | 4 |
| Illinois—20 | 20 | | 20 | |
| Indiana—11 | | 11 | | 11 |
| Iowa—6 | | 6 | | 6 |
| Kansas—6 | | 6 | | 6 |
| Kentucky—8 | | 8 | | 8 |
| Louisiana—8 | | 8 | | 8 |
| Maine—3 | 3 | 1 | 3 | 1 |
| Maryland—10 | 10 | | 10 | |
| Massachusetts—11 | 11 | | 11 | |
| Michigan—16 | 16 | | 16 | |
| Minnesota—10 | 10 | | 10 | |
| Mississippi—6 | | 6 | | 6 |
| Missouri—10 | | 10 | | 10 |
| Montana—3 | | 3 | | 3 |
| Nebraska—5 | 1 | 4 | 1 | 4 |
| Nevada—6 | 6 | | 6 | |
| New Hampshire—4 | 4 | | 4 | |
| New Jersey—14 | 14 | | 14 | |
| New Mexico—5 | 5 | | 5 | |
| New York—29 | 29 | | 29 | |
| North Carolina—15 | | 15 | | 15 |
| North Dakota—3 | | 3 | | 3 |
| Ohio—18 | | 18 | | 18 |
| Oklahoma—7 | | 7 | | 7 |
| Oregon—7 | 7 | | 7 | |
| Pennsylvania—20 | 20 | | 20 | |
| Rhode Island—4 | 4 | | 4 | |
| South Carolina—9 | | 9 | | 9 |
| South Dakota—3 | | 3 | | 3 |
| Tennessee—11 | | 11 | | 11 |
| Texas—38 | | 38 | | 38 |
| Utah—6 | | 6 | | 6 |
| Vermont—3 | 3 | | 3 | |
| Virginia—13 | 13 | | 13 | |
| Washington—12 | 12 | | 12 | |
| West Virginia—5 | | 5 | | 5 |
| Wisconsin—10 | 10 | | 10 | |
| Wyoming—3 | | 3 | | 3 |
| Total—538 | 306 | 232 | 306 | 232 |

ROY BLUNT,
AMY KLOBUCHAR,
*Tellers on the part of
the Senate.*
ZOE LOFGREN,
RODNEY DAVIS,
*Tellers on the part of
the House of Representatives.*

The VICE PRESIDENT. The state of the vote for President of the United States, as delivered to the President of the Senate, is as follows:

The whole number of the electors appointed to vote for President of the United States is 538, of which a majority is 270.

Joseph R. Biden, Jr., of the state of Delaware, has received for President of the United States 306 votes;

Donald J. Trump, of the state of Florida, has received 232 votes;

The state of the vote for Vice President of the United States, as delivered to the President of the Senate, is as follows:

The whole number of the electors appointed to vote for Vice President of the United States is 538, of which a majority is 270.

KAMALA D. HARRIS, of the state of California, has received for Vice President of the United States 306 votes;

MICHAEL R. PENCE, of the state of Indiana, has received 232 votes.

This announcement of the state of the vote by the President of the Senate shall be deemed a sufficient declaration of the persons elected President and Vice President of the United States, each for the term beginning on the twentieth day of January, two thousand and twenty one, and shall be entered, together with the list of the votes, on the Journals of the Senate and House of Representatives.

☐ 0340

The VICE PRESIDENT. The whole number of electors appointed to vote for President of the United States is 538. Within that whole number, a majority is 270.

The votes for President of the United States are as follows:

Joseph R. Biden. Jr., of the State of Delaware has received 306 votes.

Donald J. Trump of the State of Florida has received 232 votes.

The whole number of electors appointed to vote for Vice President of the United States is 538. Within that whole number, a majority is 270.

The votes for Vice President of the United States are as follows:

KAMALA D. HARRIS of the State of California has received 306 votes.

Michael R. Pence of the State of Indiana has received 232 votes.

This announcement of the state of the vote by the President of the Senate shall be deemed a sufficient declaration of the persons elected President and Vice President of the United States, each for the term beginning on the 20th day of January, 2021, and shall be entered, together with the list of the votes, on the Journals of the Senate and House of Representatives.

The Chair now recognizes for the purpose of a closing prayer the 62nd Chaplain of the United States Senate, Chaplain Barry C. Black.

Chaplain BLACK. Lord of our lives and sovereign of our beloved Nation, we deplore the desecration of the United States Capitol Building, the shedding of innocent blood, the loss of life, and the quagmire of dysfunction that threaten our democracy.

These tragedies have reminded us that words matter and that the power of life and death is in the tongue. We have been warned that eternal vigilance continues to be freedom's price.

Lord, You have helped us remember that we need to see in each other a common humanity that reflects Your image. You have strengthened our resolve to protect and defend the Constitution of the United States against all enemies domestic, as well as foreign.

Use us to bring healing and unity to a hurting and divided Nation and world. Thank You for what You have blessed our lawmakers to accomplish in spite of threats to liberty.

Bless and keep us. Drive far from us all wrong desires, incline our hearts to do Your will, and guide our feet on the path of peace. And God bless America. We pray in Your sovereign name. Amen.

The VICE PRESIDENT. The purpose of the joint session having concluded, pursuant to Senate Concurrent Resolution 1, 117th Congress, the Chair declares the joint session dissolved.

(Thereupon, at 3 o'clock and 44 minutes a.m., the joint session of the two Houses of Congress was dissolved.)

The SPEAKER pro tempore (Ms. JACKSON LEE). Pursuant to Senate Concurrent Resolution 1, the electoral vote will be spread at large upon the Journal.

────────────

ADJOURNMENT

The SPEAKER pro tempore. Pursuant to section 5(a)(1)(B) of House Resolution 8, the House stands adjourned until 11 a.m. on Monday, January 11, 2021.

Thereupon (at 3 o'clock and 48 minutes a.m.), under its previous order, the House adjourned until Monday, January 11, 2021, at 11 a.m.

PUBLIC BILLS AND RESOLUTIONS

Under clause 2 of rule XII, public bills and resolutions of the following titles were introduced and severally referred, as follows:

By Mr. CLOUD (for himself, Mr. ALLEN, Mr. STEUBE, Mr. DAVIDSON, Mr. BERGMAN, Mr. PALMER, Mr. RUTHERFORD, and Mr. BAIRD):

H.R. 217. A bill to amend title 38, United States Code, to direct the Secretary of Veterans Affairs to enforce the licensure requirement for medical providers of the Department of Veterans Affairs; to the Committee on Veterans' Affairs.

By Mr. PFLUGER (for himself, Mr. TONY GONZALES of Texas, Mrs. BICE of Oklahoma, Mr. JACKSON, Ms. HERRELL, Mr. BABIN, Mr. ROY, Mr. CRENSHAW, Mr. FALLON, and Mr. ARRINGTON):

H.R. 218. A bill to prohibit the Secretary of the Interior and the Secretary of Agriculture from issuing moratoriums on issuing new oil and gas leases and drill permits on certain Federal lands; to the Committee on Natural Resources, and in addition to the Committee on Agriculture, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned.

By Mr. DOGGETT:

H.R. 219. A bill to amend the Trade Act of 1974 to exclude from eligibility for the generalized system of preferences any country that fails to effectively enforce its environmental laws or meet its international environmental obligations, and for other purposes; to the Committee on Ways and Means.

By Mr. EMMER (for himself and Mr. RODNEY DAVIS of Illinois):

H.R. 220. A bill to make supplemental appropriations to carry out farm stress programs, provide for expedited additional support under the farm and ranch stress assistance network, and for other purposes; to the Committee on Agriculture.

By Ms. ESHOO:

H.R. 221. A bill to amend title 5, United States Code, to modify the oath of office taken by individuals in the civil service or uniformed services, and of other purposes; to the Committee on Oversight and Reform.

By Ms. ESHOO (for herself and Mr. McEACHIN):

H.R. 222. A bill to treat the Tuesday next after the first Monday in November in the same manner as any legal public holiday for purposes of Federal employment, and for other purposes; to the Committee on Oversight and Reform.

By Mr. ESPAILLAT (for himself and Mr. SIRES):

H.R. 223. A bill to direct the Secretary of Health and Human Services to reimburse

count the same as every other American. We owe our first duty to the American people, following procedures—like the Electoral Count Act—used for nearly 150 years.

It is my fervent hope that our State legislatures will consider meaningful election reform to ensure that our elections laws are applied uniformly, to ensure the technology we use is accurate and secure, and, most importantly, to ensure that all Americans treasure our precious right to vote and feel their voices are heard. States are at the very center of elections in our country and will remain so.

Many ask why Congress should be involved in election matters that have been considered by the courts. Some argue that Congress' role in certifying our Presidential elections is merely ministerial. Under our constitutional separation of powers, it is too often forgotten that Congress has the right and duty to interpret the Constitution, especially on matters which by the Constitution have been delegated to Congress, like the electoral count. Congress interpreted the Twelfth Amendment in passing the Electoral Count Act in 1887 and continues to breathe new life into these provisions by its actions today. Our Founders understood Congress would play a key role in debating constitutional issues as a co-equal branch of government. Thomas Jefferson commented in an 1819 letter that "each of the three departments [of government] has equally the right to decide for itself what is its duty under the Constitution."

I remain deeply concerned that the electoral votes of the Commonwealth of Pennsylvania were not "regularly given" under Pennsylvania law, as required by the Electoral Count Act. Serious concerns have been raised about the constitutionality of Pennsylvania's vote-by-mail statute. Also, Pennsylvania election law may have been applied unevenly by State officials, including signature verification and voter identification requirements.

In 2005, Senator Barbara Boxer and the late Representative Stephanie Tubbs Jones objected to the slate of electors from Ohio. They rightfully drew attention to the fact that many African-Americans and other communities suffered disproportionate wait times at the polls, broken voting machines, and high ballot rejection rates. Raising this objection led to some of these issues being remedied and more Americans having the precious opportunity to vote. That is a legacy our Senate and every American should value today.

Thank you.

The VICE PRESIDENT. The majority leader.

Mr. McCONNELL. Mr. President, I yield 5 minutes to the Senator from South Carolina, Senator GRAHAM.

The VICE PRESIDENT. The Senator from South Carolina.

Mr. GRAHAM. Many times, my State has been the problem. I love it. That is where I want to die but no time soon.

Tim and I have a good relationship. I love TIM SCOTT. In 1876, South Carolina, Louisiana, and Florida sent two slates of electors—they had two Governors. by the way—and we didn't know what to do. Why did South Carolina, Florida, and Louisiana do it? To hold the country hostage to end Reconstruction. It worked.

The Commission was 8 to 7. It did work. Nobody accepted it. The way it ended is when Hayes did a deal with these three States: You give me the electors. I will kick the Union Army out. The rest is history. It led to Jim Crow. If you are looking for historical guidance, this is not the one to pick.

If you are looking for a way to convince people there was no fraud, having a commission chosen by NANCY PELOSI, MITCH McCONNELL, and John Roberts is not going to get you to where you want to go. It ain't gonna work. So it is not going to do any good. It is going to delay, and it gives credibility to a dark chapter of our history. That is why I am not with you, but I will fight to my death for you. You are able to object. You are not doing anything wrong. Other people have objected. I just think it is a uniquely bad idea to delay this election.

Trump and I have had a hell of a journey. I hate it being this way. Oh, my God, I hate it. From my point of view, he has been a consequential President. But today, the first thing you will see, all I can say is, count me out. Enough is enough. I tried to be helpful. But when the Wisconsin supreme court ruled 4 to 3 that they didn't violate the Constitution of Wisconsin, I agreed with the three, but I accept the four. If Al Gore can accept 5 to 4 he is not President, I can accept Wisconsin 4 to 3.

Pennsylvania went to the Second Circuit. So much for all the judges being in Trump's pocket. They said: No, you are wrong. I accept the Pennsylvania Second Circuit that Trump's lawsuit wasn't right.

Georgia, they said the secretary of state took the law in his own hands, and he changed the election laws unlawfully. A Federal judge said no. I accept the Federal judge, even though I don't agree with it.

Fraud. They say there is 66,000 people in Georgia under 18 voting. How many people believe that? I asked: Give me 10. I haven't had one. They said 8,000 felons in prison in Arizona voted. Give me 10. I haven't gotten one.

Does that say that there are problems in every election? I don't buy this. Enough is enough. We got to end it.

Vice President PENCE, what they are asking you to do, you won't do because you can't.

Talk about interesting times. I associate myself with RAND PAUL. How many times will you hear that? The mob has done something nobody else could do to get me and Rand to agree. Rand is right. If you are a conservative, this is the most offensive concept in the world that a single person could disenfranchise 155 million people.

[T]he President of the Senate shall, in the presence of the Senate and the House of Representatives, open all certificates and the votes shall then be counted;-The person having the greatest number of votes for President shall be President.

Where in there does it say that Mike can say, "I don't like the results; I want to send them back to the States; I believe there was fraud"?

To the conservatives who believe in the Constitution, now is your chance to stand up and be counted.

Originalism, count me in. It means what it says.

So Mike—Mr. Vice President, just hang in there. They said: We can count on Mike. All of us can count on the Vice President. You are going to do the right thing. You are going to do the constitutional thing. You have a son who flies F-35s. You have got a son-in-law flying F-18s. They are out there flying so we can get it right here.

There are people dying, to my good friend from Illinois, to make sure we have a chance to argue among ourselves, and when it is over, it is over. It is over.

The final thing. Joe Biden. I have traveled the world with Joe. I hoped he lost. I prayed he would lose. He won. He is the legitimate President of the United States. I cannot convince people, certain groups, by my words, but I will tell you by my actions that maybe I, above all others in this body, need to say this. Joe Biden and KAMALA HARRIS are lawfully elected and will become the President and the Vice President of the United States on January the 20th.

(Applause, Senators rising.)

The VICE PRESIDENT. The majority leader.

Mr. McCONNELL. Mr. President, I yield back the balance of our time.

VOTE ON OBJECTION TO COUNTING OF ARIZONA
ELECTORAL VOTES

The VICE PRESIDENT. All time has expired.

The question is, Shall the objection submitted by the gentleman from Arizona, Mr. GOSAR, and the Senator from Texas, Mr. CRUZ, and others be sustained?

Mr. McCONNELL. Mr. President, I ask for the yeas and nays.

The VICE PRESIDENT. Is there a sufficient second?

There is a sufficient second.

The clerk will call the roll.

The senior assistant legislative clerk called the roll.

The result was announced—yeas 6, nays 93, as follows:

[Rollcall Vote No. 1 Leg.]

YEAS—6

| | | |
|---|---|---|
| Cruz | Hyde-Smith | Marshall |
| Hawley | Kennedy | Tuberville |

NAYS—93

| | | |
|---|---|---|
| Baldwin | Brown | Coons |
| Barrasso | Burr | Cornyn |
| Bennet | Cantwell | Cortez Masto |
| Blackburn | Capito | Cotton |
| Blumenthal | Cardin | Cramer |
| Blunt | Carper | Crapo |
| Booker | Casey | Daines |
| Boozman | Cassidy | Duckworth |
| Braun | Collins | Durbin |

Case 1:21-cv-00551-ABJ Document 1-1 Filed 03/01/21 Page 35 of 36

| | | |
|---|---|---|
| Ernst | Loeffler | Sasse |
| Feinstein | Lujan | Schatz |
| Fischer | Lummis | Schumer |
| Gillibrand | Manchin | Scott (FL) |
| Graham | Markey | Scott (SC) |
| Grassley | McConnell | Shaheen |
| Hagerty | Menendez | Shelby |
| Harris | Merkley | Sinema |
| Hassan | Moran | Smith |
| Heinrich | Murkowski | Stabenow |
| Hickenlooper | Murphy | Sullivan |
| Hirono | Murray | Tester |
| Hoeven | Paul | Thune |
| Inhofe | Peters | Tillis |
| Johnson | Portman | Toomey |
| Kaine | Reed | Van Hollen |
| Kelly | Risch | Warner |
| King | Romney | Warren |
| Klobuchar | Rosen | Whitehouse |
| Lankford | Rounds | Wicker |
| Leahy | Rubio | Wyden |
| Lee | Sanders | Young |

The VICE PRESIDENT. On this vote, the yeas are 6, the nays are 93.

The objection is not sustained.

The Secretary will notify the House of the action of the Senate, informing that body that the Senate is now ready to proceed to joint session for further counting of the electoral vote for President and Vice President.

The majority leader.

Mr. McCONNELL. So, colleagues, here is where we are. We have a few more speakers now as we wait for the House to finish their debate and vote. We expect the House to finish voting on Arizona between 11:30 and midnight.

## MORNING BUSINESS

Mr. McCONNELL. Mr. President, I ask unanimous consent that the Senate be in a period of morning business, with the following Senators permitted to speak therein for up to 5 minutes each: Senator TOOMEY, Senator RUBIO, and Senator COLLINS.

Mr. SCHUMER. And on our side, Senators WYDEN, HIRONO, and COONS.

The PRESIDING OFFICER (Mr. BOOZMAN). Without objection, it is so ordered.

The PRESIDING OFFICER. The Senator from Pennsylvania.

## OBJECTION TO COUNTING OF PENNSYLVANIA ELECTORAL VOTES

Mr. TOOMEY. Mr. President, I appreciate the indulgence of my colleagues allowing me to speak twice today. But my understanding is that later this evening, objectors will object to the certification of Pennsylvania's electoral votes because they disapprove of the process that my State used in the last election. So in light of my expectation of this objection, I rise to defend the right of my citizens, my constituents, to vote in the Presidential election.

Let's be clear. That is exactly what this objection is about. It is what it would do. It would overturn the results of the Presidential election in Pennsylvania, and it would thereby deny Pennsylvania's voters the opportunity to even participate in the Presidential election.

Even if Congress did have the constitutional responsibility to judge the worthiness of a State's election process, which it does not, rejecting Pennsylvania's electoral votes would still be wildly out of proportion to the purported offenses and very damaging to our Republic.

Let me go through a few facts about Pennsylvania.

First, some of the objectors and, in fact, even the President of the United States this morning have observed that the Pennsylvania Supreme Court disregarded existing law when it ruled that mail-in ballots could be counted even if they arrived up to 3 days after election day.

Now, the objectors are right about that. In my view, the Supreme Court of the United States should overturn that illegal decision. But only 10,097 ballots arrived in Pennsylvania during the 3 days after the election, and those 10,097 ballots have been excluded from the vote count that resulted in President-Elect Biden winning Pennsylvania by about 80,000 votes. What greater remedy could the objectors possibly want than the complete exclusion of the late-arriving ballots? How could we possibly invalidate the entire Pennsylvania election over 10,000 votes that were not even included in the vote count?

A second charge we heard—and the Senator from Missouri alluded to it this evening—is that a 2019 Pennsylvania law that allows mail-in ballots for any reason—that that might violate the Pennsylvania Constitution. First of all, as Senator CASEY observed, this was a bipartisan law passed with nearly unanimous Republican support. Clearly, the State legislators and the Governor believe it is consistent with the Pennsylvania Constitution.

Secondly, this law was not challenged when it was passed. It wasn't challenged when it was applied during the June primary election. It was challenged only after President Trump lost the general election. But 2.6 million Pennsylvanians voted by mail-in ballot in the general election. Over 37 percent of Pennsylvania voters, in good faith, relied on a law to cast their votes, as they had done previously. Now, I understand you can make a theoretical argument about whether this is consistent with Pennsylvania's Constitution, and that needs to be resolved for future elections. But because of this constitutional question that some people have, the objectors want to prevent Pennsylvania voters from participating in the Presidential election entirely. That would be an outrageous remedy to this purported offense.

A third charge we have heard is that Pennsylvania officials did not properly implement Pennsylvania election law in a variety of other ways. But the Trump campaign has shown that many of these issues have—well, first of all, none of these issues would have changed the election outcome, but more importantly, the campaign had many opportunities, of which it availed itself, to litigate these issues. They did time and again, and they lost repeatedly, often in unanimous, bipartisan decisions.

Some of the objectors also cite Congress's own failure to investigate allegations of election irregularities, and that is their justification for refusing to certify the election results. But the allegations of election irregularities and fraud have been investigated. They have been adjudicated. They were adjudicated in the States in which they were alleged to have occurred.

In Pennsylvania, the Trump campaign took their case of election irregularities into the courtroom of Judge Matthew Brann of the Federal district court. Judge Brann is a conservative Republican Federalist Society member. Here is what he said about the Trump campaign case:

This court has been presented with strained legal arguments without merit and speculative accusations . . . unsupported by evidence. In the United States of America, this cannot justify the disenfranchisement of a single voter, let alone all [the] voters of the sixth most populated state.

So the campaign then appealed Judge Brann's decision to the Third Circuit, and they drew a three-judge panel, all Republican-appointed judges, one appointed by President Trump. The panel concurred with Judge Brann.

Certainly there were irregularities in this election—there always are—but there is no evidence of significant fraud, conspiracies, or even significant anomalies that cast any serious doubt on who actually won the election.

You know, one of the ways you can tell is to look at the big picture in Pennsylvania. Look at what happened. In 2016, President Trump won Pennsylvania by eight-tenths of 1 percent. In 2020, he lost Pennsylvania by a little over 1 percent. Is there anything at all that is implausible or surprising about a 2-percent change in the election outcome?

Relative to 2016, in Pennsylvania the President lost a little ground in most of the rural counties he had carried. He lost a lot of ground in the big suburban counties, and he slightly narrowed his large loss in Philadelphia. There are no surprises here. This reflects a pattern that occurred all across the country.

My colleagues, as I have said, it is not our responsibility to sit in judgment of State election procedures in the first place, but if it were, there would not be nearly sufficient reason to deny my constituents their right to participate in this Presidential election.

Joe Biden won the election. That is not what I had hoped for, but that is what happened. It was an honest victory with the usual minor irregularities that occur in most elections.

We witnessed today the damage that can result when men in power and responsibility refuse to acknowledge the truth. We saw bloodshed because the demagogue chose to spread falsehoods and sow distrust of his own fellow Americans. Let's not abet such deception. Let's reject this motion.

Case 1:21-cv-00550-ABJ Document 1-1 Filed 03/01/21 Page 38 of 36

President-elect who respects and honors and understands the significance of this body.

So we have to take this opportunity to heal, to hear each other, to compromise, to work together, and to see the real challenges facing the American people and take this last best moment.

What happened here today should leave all of us gravely concerned about the health and the future of our democracy, and the opportunity we will have 2 weeks from today is one we should not let pass us by.

I yield the floor.

The PRESIDING OFFICER. The Senator from Massachusetts.

Ms. WARREN. Mr. President, more than 350,000 of our loved ones have died from a terrible disease. Small businesses have gone under, never to reopen. Millions have lost their jobs, and too many families don't know how they are going to pay the rent or put groceries on the table.

It is tough out there, but Americans are fighters, and despite all the challenges, in November they did what Americans do when they are unhappy with their leadership—they voted for change. They turned their backs on a sitting President who fans the flames of hatred while bodies pile up in the morgue. Instead, they elected a new President who wants to save lives, to save our economy, and to save our democracy.

Even as the pandemic raged, Americans showed up for democracy. States worked overtime to set up safe systems, ballot drop boxes, early voting, and gallons of hand sanitizer. Voters mailed their ballots earlier, put on masks, and stood in line at the polls. The election of 2020 shattered voting records.

So here we are on the floor of the U.S. Senate in the aftermath of a historic election held in the middle of a pandemic. People are suffering, and we should be working to get them the help they need. Instead, we are here because Donald Trump wants to overturn the results of that election. The Republicans objecting to the results of this election will be judged by history, but the rest of us will be judged as well.

It is our responsibility to stand up for our democracy even while other Senators work to undermine it.

Losing is hard. I ran for President myself. It was a hard-fought primary, but Joe Biden won and I lost. I am not the only one to live through that; a number of Senators in this room have run for President. None of us was successful, and when we lost, we conceded and we got out of the race because that is how democracy works. None of us lied about the results. We didn't throw temper tantrums. We didn't tell our allies in Congress or the States to overturn the results. We didn't feed poisonous propaganda to our supporters. We didn't urge people to march on State capitals or to descend on Washington. We accepted the will of the voters.

And it is not just us; it is everyone who has run for President since the beginning of America. Only once in America's history have the people who lost tried to burn down our democracy on the way out. They caused a civil war that nearly destroyed our Nation.

Make no mistake, the violence we witnessed in this Chamber today was the direct result of the poisonous lies that Donald Trump repeated again and again for more than 2 months. His words have consequences. Our democracy has been grievously injured by this lying coward.

This effort to subvert our democracy is not merely one last Presidential tantrum. This effort is designed to knock out the basic pillar on which democracy is founded: the idea that the voters—not the sitting President and not the Members of Congress but the voters decide who will lead this Nation.

A democracy in which the elected leaders do not bend to the will of the voters is no democracy. It is a totalitarian state. And those who pursue this effort are supporting a coup.

I urge my colleagues to vote no on this effort to overthrow our democracy.

I yield the floor.

The PRESIDING OFFICER. The Senator from Alaska.

## RECESS SUBJECT TO THE CALL OF THE CHAIR

Ms. MURKOWSKI. Mr. President, I ask unanimous consent that the Senate stand in recess subject to the call of the chair.

The PRESIDING OFFICER. Without objection, the Senate stands in recess subject to the call of the Chair.

Thereupon, the Senate, at 11:25 p.m., recessed subject to the call of the Chair and reassembled at 12:28 a.m. when called to order by the Vice President.

The VICE PRESIDENT. The majority leader.

Mr. McCONNELL. I know of no further debate.

The VICE PRESIDENT. Pursuant to S. Con. Res. 1 and section 17, title III, U.S. Code, when the two Houses withdraw from the joint session to count the electoral vote for separate consideration of an objection, a Senator may speak to the objection for 5 minutes and not more than once. Debate shall not exceed 2 hours, after which the Chair will put the question: Shall the objection be sustained?

The clerk will report the objection made in the joint session.

The senior assistant legislative clerk read as follows:

Objection from Senator HAWLEY from Missouri and Representative PERRY from Pennsylvania. "We, a U.S. Senator and Member of the House of Representatives, object to the counting of the electoral votes of the State of Pennsylvania on the ground that they were not, under all of the known circumstances, regularly given."

The VICE PRESIDENT. The majority leader.

Mr. McCONNELL. I know of no further debate.

VOTE ON OBJECTION TO COUNTING
PENNSYLVANIA ELECTORAL VOTES

The VICE PRESIDENT. If there is no further debate, the question is, Shall the objection submitted by the gentleman from Pennsylvania, Mr. PERRY, and the Senator from Missouri, Mr. HAWLEY, be sustained?

Is there a sufficient second?

Mr. THUNE. I ask for the yeas and nays.

The VICE PRESIDENT. The clerk will call the roll.

The legislative clerk called the roll.

The result was announced—yeas 7, nays 92, as follows:

[Rollcall Vote No. 2 Leg.]

YEAS—7

| | | |
|---|---|---|
| Cruz | Lummis | Tuberville |
| Hawley | Marshall | |
| Hyde-Smith | Scott (FL) | |

NAYS—92

| | | |
|---|---|---|
| Baldwin | Graham | Peters |
| Barrasso | Grassley | Portman |
| Bennet | Hagerty | Reed |
| Blackburn | Harris | Risch |
| Blumenthal | Hassan | Romney |
| Blunt | Heinrich | Rosen |
| Booker | Hickenlooper | Rounds |
| Boozman | Hirono | Rubio |
| Braun | Hoeven | Sanders |
| Brown | Inhofe | Sasse |
| Burr | Johnson | Schatz |
| Cantwell | Kaine | Schumer |
| Capito | Kelly | Scott (SC) |
| Cardin | Kennedy | Shaheen |
| Carper | King | Shelby |
| Casey | Klobuchar | Sinema |
| Cassidy | Lankford | Smith |
| Collins | Leahy | Stabenow |
| Coons | Lee | Sullivan |
| Cornyn | Loeffler | Tester |
| Cortez Masto | Luján | Thune |
| Cotton | Manchin | Tillis |
| Cramer | Markey | Toomey |
| Crapo | McConnell | Van Hollen |
| Daines | Menendez | Warner |
| Duckworth | Merkley | Warren |
| Durbin | Moran | Whitehouse |
| Ernst | Murkowski | Wicker |
| Feinstein | Murphy | Wyden |
| Fischer | Murray | Young |
| Gillibrand | Paul | |

The VICE PRESIDENT. On this vote, the yeas are 7, the nays are 92.

The objection is not sustained.

The Secretary will notify the House of the action of the Senate, informing that body that the Senate is now ready to proceed to Joint Session for further count of the electoral vote for President and Vice President.

The majority leader.

## ORDER OF BUSINESS

Mr. McCONNELL. Mr. President, for information of all of our colleagues, we don't expect additional votes tonight.

## MESSAGES FROM THE PRESIDENT

Messages from the President of the United States were communicated to the Senate by Ms. Roberts, one of his secretaries.

## EXECUTIVE MESSAGES REFERRED

As in executive session the Presiding Officer laid before the Senate messages