UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830
865-456-7711
Demandant

2021 MAY -4 P 4:48

RECEIVED

VS.

CIVIL ACTION NO. CV-21-0551

Robert M. "Money" Wilkinson, et al
Respondants

## MOTION TO DISMISS AS UNCONSTITUTIONAL JUDGE AMY BERMAN JACKSON'S ORDER TO SHOW CAUSE OF 04/07/21

As the original filing in this matter is a Writ of Quo Warranto, Mrs. Ayers is not a Plaintiff as stated in Judge Jackson's order, she is a Demandant, and as Demandant is pro se and does not have electronic filing privileges, and travels for work and medical reasons, Demandant did not receive this order until she returned home late last night and opened the order today that was in her pile of mail delivered by regular USPS mail, no signature required that would alert the person who picks up her mail of an important, time-sensitive letter.

It is not known if this order was written by a clerk or the judge, but it leaves Demandant in the embarrassing situation of having to inform the court that

1) the burden of proof is *on the Respondant(s)* in a Writ of Quo Warranto, and

2) it is unconstitutional to order a Demandant/member of We the People, who has rightly come to the court as per her sovereign right of redress within the Constitution, to have to show cause under any other law than the Constitution. (See Amendment I of the Constitution.)



RECEIVED Mail Room MAY -5 2021 Angela D. Caesar, Clerk of Court U.S. Bankruptcy Court, District of Columbia

Demandant has already shown this matter is rightly filed in the correct court as the Acting Attorney General, whose responsibility it was to handle these matters, refused multiple times. Demandant has presented more than enough sworn affidavits and other proof already to assure this court of the veracity of these matters and is calling to the hearing by the subpoenas this court is refusing to sign many witnesses who will present more proof and testimony which will further establish the veracity of the evidence presented.

Because of the Judge and Clerk's abuses of power and hampering of justice by their refusals to do their jobs, Demandant was also forced to file a Writ of Quo Warranto for Judge Jackson and the Clerks to do their jobs and act on all demands, and sign all submitted summonses and subpoenas, and any other documents necessary for Demandant to pursue her Writ of Quo Warranto, or to resign if they will not.

As it is against the Constitution for this court to refuse to allow a sovereign member of We the People her right to redress in a hearing, and as delaying a hearing in this matter with this unconstitutional order to show cause under any other law than the Constitution, and refusals to sign summonses and subpoenas is only further delaying justice and allowing the horrific crimes in this matter to continue, and is further endangering countless members of We the People, the public, Demandant makes motion to dismiss this unconstitutional order by Judge Jackson, and makes motion that Judge Jackson immediately do her job in this matter, set a hearing date and act on the complete list of demands in her Quo Warranto, and order the clerks to do their job and sign the summonses and subpoenas.

_____
Betty Jane Ayers, pro se

Certificate of Service

I, Betty Jane Ayers, certify that I have served a true and correct copy of this legal document via USPS to Judge Amy Berman Jackson Attorney General Garland Merrick, who inherited responsibility to act on the referenced Demandant's prior Quo Warranto from AG Robert M. "Monty" Wilkinson, at 950 Pennsylvania Avenue, NW Washington, DC, 20530-0001 on this date, May 4, 2021, and that I also filed a copy of this legal document with the Court Clerk for the US DISTRICT & BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA on this date.

Submitted on May 4, 2021.

Affiant, _____

Betty Jane Ayers